During the meeting, KEITH JACKSON told UCE 4599 he needed to talk to SENATOR YEE, a.k.a. Uncle Leland, about brokering a meeting with an individual who trafficked in weapons. According to KEITH JACKSON, the arms trafficker was attempting to ship weapons to the Philippines because there was an ongoing war between an unidentified Philippine Muslim rebel group and the Philippine Government. KEITH JACKSON told UCE 4599 "That's a good one for us" and further added "I will make it happen." UCE 4599 stated he believed SENATOR YEE was all about taking money from people and not delivering on his promises. SULLIVAN told UCE 4599 he had been trafficking narcotics for six to seven years. According to SULLIVAN, BRANDON JACKSON, was an "intermediary" who acted on SULLIVAN's behalf.

On October 23, 2013, two UCEs arranged a meeting with GARY CHEN in Everett, Massachusetts to conduct a money laundering operation. At the meeting location, GARY CHEN arrived in a GMC SUV with Massachusetts plates. GARY CHEN retrieved a plastic bag from the vehicle and walked towards the UCEs vehicle. CHEN sat in the front passenger seat of the UCEs vehicle. CHEN told the UCEs that the plastic bag contained $135,000 in bundles of cash. CHEN described that he was from San Francisco. The cash total was later confirmed to be $134,145.

On October 24, 2013, UCE 4599 arranged to meet with LAI at a coffee shop in San Francisco. The purpose of the meeting was to provide LAI with laundered drug proceeds to conclude the money laundering transaction on October 23, 2013 in Everett, Massachusetts with CHEN. UCE 4599 handed LAI a Federal Express box which contained $128,800. UCE 4599 and LAI discussed setting up another money laundering deal in Boston for the following week. UCE 4599 requested the amount be no greater than $200,000 at a time.

On October 30, 2013, UCE 4599 arranged a meeting with CHOW at a restaurant in San Francisco. The purpose of the meeting was to discuss illegal business opportunities with CHOW. CHOW advised he had a conversation with CHOW's associate about conducting illegal

business with UCE 4599. According to CHOW, CHOW's associate was apprehensive about conducting any type of illegal activity with UCE 4599 because UCE 4599 was not Chinese. CHOW was still upset with Andy LI over their recent physical altercation and advised that he had cut all ties with LI and CHANTHAVONG. CHOW discouraged UCE 4599 from doing any business with Andy LI. CHOW's associate entered the restaurant and sat down for lunch with CHOW and UCE 4599. UCE 4599 handed CHOW and two white envelopes which contained a total of $2,500. UCE 4599 told CHOW the envelope marked with a "G" was for George NIEH. UCE 4599 told CHOW things were going well with Elaine LIANG and Serge GEE. CHOW thanked UCE 4599.

On November 1, 2013 two UCEs arranged to meet with NHINGSAVATH and another individual in a parking lot in a mall located in Paramus, New Jersey to conduct a money laundering transaction. At the meeting location, a black Jeep pulled next to the UCE vehicle. NHINGSAVATH exited from the passenger side. NHINGSAVATH retrieved a box from the rear driver's side compartment and gave the box to one of the UCEs. Both parties departed from the parking lot. The cash amount was later confirmed to be $104,220.

On November 4, 2013, UCE 4599 arranged for NHINGSAVATH to meet with UCE 3322 at Beale and Howard Streets in San Francisco. UCE 3322 provided NHINGSAVATH with $101,150. NHINGSAVATH wanted to know if they could continue to launder money while UCE 4599 was on vacation. UCE 3322 told him he was not sure and they both left.

On December 3, 2013, UCE 4599 arranged to meet KEITH JACKSON at a hotel in San Francisco. The purpose of the meeting was to discuss illegal business opportunities with JACKSON. UCE 4599 provided KEITH JACKSON with an update on the previously discussed sale of cocaine to BRANDON JACKSON and SULLIVAN. According to KEITH JACKSON, SULLIVAN and BRANDON JACKSON had enough money for 10 kilograms of cocaine. UCE 4599 told KEITH JACKSON the approximate price for the cocaine would be $26,500 per kilogram. According to KEITH

JACKSON, BRANDON JACKSON owed CHANTHAVONG approximately $9,000 for an unpaid drug debt. KEITH JACKSON was trying to negotiate with CHANTHAVONG on behalf of BRANDON JACKSON. KEITH JACKSON told UCE 4599 that he spoke with SENATOR YEE about the opportunity to traffic firearms. KEITH JACKSON told the UCE the weapons source of supply (SOS) was the "Real Deal." KEITH JACKSON said that SENATOR YEE gave KEITH JACKSON the permission to pursue the opportunity with UCE 4599. Specifically, KEITH JACKSON and SENATOR YEE were going to meet with the SOS to hash out a plan. SENATOR YEE requested that KEITH JACKSON broker all of the conversations regarding weapons trafficking with the SOS. UCE 4599 told KEITH JACKSON he would be compensated for his assistance. KEITH JACKSON believed SENATOR YEE needed to develop a level of comfort with UCE 4599. According to KEITH JACKSON, SENATOR YEE thought there would be an opportunity to launder the proceeds from the sales of future weapons.

During the same meeting, KEITH JACKSON told UCE 4599 he recently met with Barry HOUSE. KEITH JACKSON pointed to his bicep muscle and told UCE 4599 if s/he ever needed anything from HOUSE let him know. UCE 4599 told KEITH JACKSON he wanted one of his associates killed and asked if HOUSE could assist. KEITH JACKSON asked the race of the intended target and his location. KEITH JACKSON told UCE 4599 he would talk to HOUSE in person. KEITH JACKSON said if he didn't get HOUSE to commit the murder he would ask ROEUN. UCE 4599 told KEITH JACKSON he would prefer to work with HOUSE. UCE 4599 told KEITH JACKSON he would pay HOUSE $25,000 for the murder. KEITH JACKSON told UCE 4599 he would talk to HOUSE the following day. KEITH JACKSON reiterated that ROEUN and his associates had the capabilities to kill people at a cheaper price than what the UCE was willing to pay.

On December 5, 2013, two UCEs met with CHEN in a parking lot in Saugus, Massachusetts. CHEN was driven by another individual. CHEN exited his vehicle and got into the UCE vehicle.

CHEN placed a white plastic bag on the floor and removed several stacks of cash. CHEN said the bag contained a "flat 200," meaning $200,000. On further inspection, it contained $199,240. The UCE asked CHEN where he earned the money. CHEN stated he earned it "on the street" by "pushin' and everything." CHEN said it was from selling "weed." CHEN said that the area was a "pretty good market." The UCE asked CHEN if CHEN would consider partnering to sell drugs. CHEN said he understood and that they could discuss it in the future. CHEN then left.

On December 6, 2013, UCE 4599 arranged to meet NIEH and LAI at a café in Millbrae, California. The purpose of the meeting was to provide $191,270 in laundered drug proceeds to LAI to conclude the money laundering transaction on December 5, 2013. NIEH picked up UCE 4599 at 388 Beale Street, San Francisco and drove to Peter's Café, Millbrae, California. According to NIEH, PAU owned an apartment in the vicinity of Hyde Street and Broadway in San Francisco which was currently being utilized by CHOW. NIEH and UCE 4599 met with LAI inside Peter's Café. UCE 4599 gave LAI a Federal Express box containing $191,270. LAI asked UCE 4599 when his associates in Boston could be ready for another money laundering transaction. According to LAI, GEE was currently vacationing in the Maldives. LAI worked directly for GEE and was being paid for his services while GEE was away. After lunch, NIEH drove UCE 4599 back to San Francisco. During the ride back, UCE 4599 asked if Ming MA could provide any firearms. NIEH told UCE 4599 guns were hard to get at the moment. NIEH pulled out a Beretta 9MM handgun from the center console. NIEH paid $1,200 for the gun. NIEH advised he also kept a 9MM handgun in the trunk portion of his vehicle. UCE 4599 provided NIEH with $800.00 for his assistance during the money laundering transaction with LAI. **I believe this demonstrates probable cause for a violation of Title 18, United States Code, Sections 1956(a)(1)(A) and (B) and 2 by CHEN, LAI, GEE, Elaine LIANG, and NIEH.**

On December 10, 2013, UCE 4599 met with Keith JACKSON, Brandon JACKSON, and SULLIVAN at a restaurant. They discussed that they were ready with money to purchase up to 10 kilos

of cocaine from UCE 4599's source of supply.  UCE 4599 said they could do the deal in mid-January

and the cocaine would cost $26,500 per kilo.  SULLIVAN later showed UCE 4599 several fraudulent

credit cards out of his wallet.

On December 13, 2013, UCE 4599 met with KEITH JACKSON and BRANDON JACKSON at

Roy's Restaurant, San Francisco, California.  KEITH JACKSON said he had spoken to SENATOR

YEE about setting up a meeting with a weapons trafficker.  According to KEITH JACKSON,

SENATOR YEE was going to call the trafficker the same day.  KEITH JACKSON also advised that

SENATOR YEE had an unidentified Filipino associate who was supplying "heavy" weapons to rebel

groups in the Philippines.  UCE 4599 handed KEITH JACKSON a white envelope containing $1,000.

UCE 4599 told KEITH JACKSON the $1,000 was motivation for setting up the meeting with the

weapons trafficker.  According to KEITH JACKSON, the weapons trafficker had access to cargo

containers full of weapons.  UCE 4599 asked BRANDON JACKSON if the fraudulent credit cards that

were being produced by SULLIVAN were reliable.  BRANDON JACKSON confirmed they were

reliable.  KEITH JACKSON advised they could be used for gas and food.  BRANDON JACKSON and

KEITH JACKSON talked to UCE 4599 about a previously discussed cocaine transaction with UCE

4599's purported source of supply for cocaine. KEITH JACKSON asked if UCE 4599 could assist in

laundering the profits from the purported cocaine deal.  BRANDON JACKSON advised that he and

SULLIVAN would reinvest their initial profit from the first cocaine deal to buy more narcotics.  KEITH

JACKSON and UCE 4599 talked about a previously discussed murder for hire contract involving

SULLIVAN and his associates.  With reference to the contract for murder, KEITH JACKSON told UCE

4599 "I want to keep that with us."  KEITH JACKSON told UCE 4599 that an individual (later

identified as Dr. Wilson LIM), was working to ship weapons to the Philippines.  BRANDON

JACKSON received a text on his cellular telephone from SULLIVAN requesting a name or an address

for the intended target of UCE 4599's plan for murder. According to BRANDON JACKSON,

SULLIVAN had a contact within the California Department of Motor Vehicles who could procure a photograph of the intended target. BRANDON JACKSON told UCE 4599 they wanted to gather as much intelligence on the intended target to include his daily routine.

On December 17, 2013, UCE 4599 arranged a meeting with KEITH JACKSON and SULLIVAN at a restaurant located in San Francisco, California. UCE 4599 provided KEITH JACKSON with a $5,000 check from another fictitious company belonging to UCE 4599, made out to Leland Yee, Secretary of State. KEITH JACKSON advised that he and SENATOR YEE would be meeting with an international weapons trafficker within the next few days. According to KEITH JACKSON, SENATOR YEE understood UCE 4599 wanted to meet with the arms dealer. KEITH JACKSON told UCE 4599 he would make sure the meeting would happen.

According to KEITH JACKSON, SENATOR YEE fully understood the check being provided to SENATOR YEE's campaign was solely for the purpose of getting an introduction to the arms dealer. KEITH JACKSON said "we just talked about that today."

UCE 4599 told KEITH JACKSON he wanted to receive a call from SENATOR YEE to acknowledge receiving the check. KEITH JACKSON received a call from SENATOR YEE in the presence of UCE 4599 and handed the phone to UCE 4599. UCE 4599 told SENATOR YEE he had raised $5,000 for his campaign and looked forward to meeting their "mutual friends." UCE 4599 told SENATOR YEE he was looking forward to immediate opportunities with SENATOR YEE. After the call with SENATOR YEE, KEITH JACKSON inquired about a purported cocaine deal with SULLIVAN and BRANDON JACKSON. KEITH JACKSON advised that SULLIVAN and BRANDON JACKSON would pay KEITH JACKSON a percentage from the profits of the cocaine deal. SULLIVAN provided the following counterfeit credit cards to UCE 4599: one Bank of America Visa; two Bank of America MasterCards; one Patelco MasterCard. All credit cards were under the name Joseph Viso, a fictitious name provided by UCE 4599.

On January 9, 2014, UCE 4599 met with CHOW and NIEH.  NIEH and CHOW picked up UCE 4599 at 388 Beale Street, San Francisco and drove to Yank Sing restaurant, San Francisco.  UCE 4599 provided CHOW with a white envelope containing $1,500.  UCE 4599 told CHOW the money was payment for previous money laundering deals with Elaine LIANG and Serge GEE.  UCE 4599 complained about the lack of communication between UCE 4599 and LAI.  UCE 4599 told CHOW and NIEH they would be missing out on approximately $4,000 per month if the relationship with GEE and LIANG was discontinued.  CHOW was trying to recall if he ever met LAI.  UCE 4599 gave NIEH $500 and requested NIEH to get his phone issues fixed.

On January 22, 2014, UCE 4599 arranged to meet KEITH JACKSON and SENATOR YEE at a coffee shop located in San Francisco to discuss details of an international weapons trafficking transaction with SENATOR YEE and KEITH JACKSON.  While waiting for SENATOR YEE to arrive, KEITH JACKSON told UCE 4599 he, KEITH JACKSON, was confident the weapons deal would happen but it would require KEITH JACKSON's involvement every step along the way. According to KEITH JACKSON, the source of supply for the weapons was extremely cautious about meeting UCE 4599.  KEITH JACKSON encouraged UCE 4599 to talk to SENATOR YEE about the timeline and specifics of the weapons deal because the arms dealer was SENATOR YEE's contact.  UCE 4599 told KEITH JACKSON he gave $5,000 to SENATOR YEE for the sole purpose of meeting the arms dealer. KEITH JACKSON understood that the arms dealer was SENATOR YEE's contact and encouraged UCE 4599 to broach that conversation with SENATOR YEE.

KEITH JACKSON continued the conversation by telling UCE 4599, SULLIVAN was in the process of manufacturing fake credit cards for UCE 4599.  UCE 4599 told KEITH JACKSON that he would get in touch with SULLIVAN over the next few days.

UCE 4599 and KEITH JACKSON were greeted by SENATOR YEE.  UCE 4599 understood SENATOR YEE had some recent discussions with the arms dealer.  SENATOR YEE explained he has

known the arms dealer for a number of years and has developed a close relationship with him.

SENATOR YEE told UCE 4599 that the arms dealer "Has things that you guys want." SENATOR YEE

cautioned that doing business with people like the arms dealer was not easy and told UCE 4599 this was

not a business for "the faint of heart." SENATOR YEE explained the arms dealer was very cautious

about who he conducted business with. SENATOR YEE would tell the arms dealer to work with

KEITH JACKSON because SENATOR YEE trusted KEITH JACKSON.

UCE 4599 explained he understood the complexity of trafficking weapons and the importance of

remaining safe. While UCE 4599 had confidence in KEITH JACKSON, he wasn't sure KEITH

JACKSON would able to address any of the arms dealer's issues without direct input from UCE 4599.

The arms dealer was willing to "surface himself" at SENATOR YEE's request. According to

SENATOR YEE, the arms dealer advised YEE on how the weapons deal would unfold.  According to

SENATOR YEE the arms dealer is "low-key" and has been trafficking weapons for quite a while.

According to SENATOR YEE, the arms dealer sourced the weapons from Russia. SENATOR YEE

thought the ability to traffic weapons with the arms dealer would be based on trust and would take time.

SENATOR YEE said "We're interested" in arranging the weapons deal and thought the arms dealer

would go back to talk to "his folks." SENATOR YEE said of the arms dealer, "He's going to rely on

me, because ultimately it's going to be me."

UCE 4599 stated he would compensate SENATOR YEE for brokering the relationship and arms

deal with the arms dealer. UCE 4599 stated he had made a monetary commitment to SENATOR YEE

and wanted assurance the weapons deal was a real opportunity. SENATOR YEE told UCE 4599 he was

right to be suspicious and cautious but assured UCE 4599 he wasn't going to let him go on a "wild

goose chase." SENATOR YEE assured UCE 4599 the opportunity to purchase weapons from the arms

dealer was real. SENATOR YEE said "I know what he could do.  I have seen what he has done in the

past on other products and this guy has the relationships." SENATOR YEE emphasized that the arms

dealer took baby steps and was very careful.

According to SENATOR YEE, the arms dealer had contacts in Russia, Ukraine, Boston and

Southern California. UCE 4599 asked SENATOR YEE for his commitment. SENATOR YEE said "Do

I think we can make some money? I think we can make some money. Do I think we can get the goods? I

think we can get the goods." SENATOR YEE thought it was more about the timing and who was going

to get directly involved. SENATOR YEE said he believed KEITH JACKSON had to be committed to

making the deal happen. KEITH JACKSON told SENATOR YEE "I'm in man."

SENATOR YEE said that he wanted KEITH JACKSON and UCE 4599 to understand what they

were about to get into. SENATOR YEE cautioned UCE 4599 and KEITH JACKSON and recounted a

story of the last time he was in the Philippines. According to SENATOR YEE, he was surrounded by

"armed guards with machine guns." SENATOR YEE said "Because, I'm getting a little more into this,

it's not just Russia; the Muslim countries have sources too. And so, that has been brought to my

attention recently."

KEITH JACKSON asked UCE 4599 "You know what you want right?" UCE 4599 told

SENATOR YEE and KEITH JACKSON he wanted any type of "shoulder fired" weapons or missiles.

SENATOR YEE asked UCE 4599 if he wanted "automatic weapons" as opposed to semi-automatic

weapons. UCE 4599 confirmed with SENATOR YEE he wanted automatic weapons. KEITH

JACKSON asked UCE 4599 about the quantity. UCE 4599 told SENATOR YEE and KEITH

JACKSON anywhere between $500,000 - $2,500,000 worth of weapons.

With regards to the specific weapons and quantity, SENATOR YEE directed UCE 4599 to let

KEITH JACKSON know. KEITH JACKSON would communicate with SENATOR YEE who in turn

would communicate with the arms dealer directly. SENATOR YEE further added "I don't think we

need to worry about that. I think we ought to focus our attention on developing this relationship."

1    UCE 4599 told SENATOR YEE he appreciated the opportunity with the arms dealer and that he

2    had contributed directly and indirectly to SENATOR YEE's campaign [referencing campaign

3    contributions to SENATOR YEE made in exchange for official action by other associates of UCE

4    4599]. SENATOR YEE told UCE 4599 he saw their relationship as tremendously beneficial. When

5    SENATOR YEE became Secretary of State he wanted UCE 4599 and KEITH JACKSON to make all

6    the money because he didn't "want to go to jail." UCE 4599 promised SENATOR YEE he would take

7    

8    care of those who took care of him and would pay SENATOR YEE and KEITH JACKSON "hundreds

9    of thousands of dollars." SENATOR YEE instructed UCE 4599 to tell his family that when he won the

10   election for California Secretary of State he would appoint UCE 4599 to a Russian delegation. UCE

11   4599 told SENATOR YEE he was looking for something more immediate. UCE 4599 asked

12   SENATOR YEE for a direct introduction to the arms dealer. SENATOR YEE refused but said "Look,

13   he knows what I want. I have opened the discussion. What I got to help him understand is that KEITH

14   [JACKSON] is a conduit to other people." UCE 4599 told SENATOR YEE depending on the size of

15   the first deal he would pay SENATOR YEE and KEITH JACKSON $100,000. SENATOR YEE said

16   "Alright, take care." The meeting ended.

17   

18   On January 24, 2014, UCE 4599 arranged to meet KEITH JACKSON at a restaurant in San

19   Francisco. The purpose of the meeting was to discuss illegal activities with KEITH JACKSON. UCE

20   4599 provided KEITH JACKSON with a white envelope containing $1,000. UCE 4599 told KEITH

21   JACKSON he wanted a meeting with the arms dealer by February 12, 2014. KEITH JACKSON told

22   UCE 4599 he would put off other requests made by SENATOR YEE until SENATOR YEE acquiesced

23   and set up the meeting with the arms dealer. According to KEITH JACKSON, SENATOR YEE was

24   

25   afraid of being cut out of the opportunity to make money on the weapons trafficking deal if UCE 4599

26   struck a relationship with the arms dealer directly. UCE 4599 assured KEITH JACKSON he would pay

27   SENATOR YEE at least $100,000 upon completion of the first weapons transaction.

28

1   KEITH JACKSON also advised there was an opportunity to procure weapons through a

2   "Filipino connection." According to KEITH JACKSON, one of the "Filipinos" had a nephew in the

3   Philippines who was supplying weapons to Muslim Rebel Groups in the Philippines. KEITH

4   JACKSON thought SENATOR YEE was nervous about introducing UCE 4599 to the first arms dealer

5   because of UCE 4599's connection to Raymond CHOW. KEITH JACKSON said SENATOR YEE

6   liked CHOW but didn't trust him. UCE 4599 told KEITH JACKSON he paid SENATOR YEE $5,000

7   to set up the meeting with the arms dealer and he expected SENATOR YEE to deliver on his promise.

8   KEITH JACKSON said that SENATOR YEE brought the opportunity to traffic weapons to KEITH

9   JACKSON during a trip to Los Angeles. KEITH JACKSON said he picked up SENATOR YEE and the

10  arms dealer at the airport, and SENATOR YEE directed KEITH JACKSON to work with the arms

11  dealer on trafficking weapons.

12

13

14  UCE 4599 told KEITH JACKSON he was supposed to meet with SULLIVAN regarding the

15  purchase of fraudulent credit cards. KEITH JACKSON also advised that Rinn ROEUN had access to

16  approximately 50 weapons. According to KEITH JACKSON, when SENATOR YEE told UCE 4599 he

17  went to the Philippines and was surrounded with 15 armed guards, it was the same Muslim Rebel Group

18  being supplied by the nephew of the aforementioned Filipino. KEITH JACKSON stated he was going

19  to meet with the owner of a marijuana dispensary in San Francisco to pick up a campaign donation on

20  behalf of SENATOR YEE. KEITH JACKSON surmised this would be a good year for medical

21  marijuana legislation. KEITH JACKSON told UCE 4599 that CHOW and his girlfriend recently broken

22  up. CHOW was living at an apartment on Hyde Street in San Francisco.

23

24  On January 28, 2014, UCE 4599 met with NIEH and YUN. NIEH picked UCE 4599 up in his

25  car and they drove to Millennium Therapeutics to meet with YUN. UCE 4599 and YUN discussed the

26  sale of approximately 200 master cases (12,000 cartons) of purportedly stolen cigarettes in New York

27

28

City in the future. The price per carton to YUN would be $28 per carton and YUN would sell them for $32 per carton. YUN also offered to sell pounds of Snowberry Kush (a type of marijuana).

On January 28, 2014, UCE 4599 met with Keith JACKSON and Brandon JACKSON at a restaurant in San Francisco, California. Brandon JACKSON provided UCE 4599 with an envelope containing 25 fraudulent credit cards. UCE 4599 gave Brandon JACKSON a white envelope containing $1,250 as payment for the credit cards.

On February 3, 2014, UCE 4599 arranged to meet with BRANDON JACKSON and SULLIVAN at a hotel in San Francisco. At the meeting, SULLIVAN stated that he had spent $15,000 preparing for a 10 kilogram transaction with UCE 4599's associates. SULLIVAN also stated that he got an apartment to use as a stash house in Hartford, Connecticut, and a vehicle with a concealment compartment. SULLIVAN stated that while he was conducting the cocaine transaction with UCE 4599 and his associates, BRANDON JACKSON would wait at the apartment in Hartford. SULLIVAN also stated that he sent a cocaine press and other equipment from San Francisco to Hartford. UCE 4599 told SULLIVAN to be careful transporting the cocaine from New Jersey to Hartford. SULLIVAN said if he were pulled over by law enforcement, he would be able to talk his way out of it because he was not "hood." UCE 4599 told SULLIVAN that the fraudulent credit cards SULLIVAN provided worked very well. SULLIVAN produced a fraudulent American Express Bluebird card in another person's name. They discussed the murder for hire proposed earlier. UCE 4599 told SULLIVAN he would bring the intended target to a restaurant in San Francisco so that SULLIVAN could get a good physical description of the intended target. UCE 4599 told SULLIVAN that the intended target was living in Reno, Nevada, and travelling to the Bay Area to visit someone. UCE 4599 asked SULLIVAN not to kill the target in the presence of UCE 4599. SULLIVAN and BRANDON JACKSON assured UCE 4599 that would not happen.

87

SULLIVAN asked if UCE 4599 would be able to launder proceeds from SULLIVAN's cocaine deal. UCE 4599 said that he could. SULLIVAN stated that he was prepared to do 10 years in prison at any time, that he had a clean criminal record, and that "Ten is the max I'll get." SULLIVAN told UCE 4599 that living a criminal lifestyle was more of a "power and challenge thing," that SULLIVAN didn't have to manufacture fraudulent credit cards, but "it was fun."

SULLIVAN and UCE 4599 discussed diluting or "stepping on" the cocaine to maximize profit. SULLIVAN stated he used Inositol as a cutting agent for the cocaine. SULLIVAN paid for the bill from the restaurant with a fraudulent credit card and SULLIVAN showed UCE 4599 a fraudulent California driver's license. UCE 4599 asked if SULLIVAN had the stuff to make fraudulent credit cards at his residence and SULLIVAN replied "I got another spot." SULLIVAN advised UCE 4599 to "always get another spot for different operations." SULLIVAN said he purchased the electronic keys for the fraudulent credit cards from an unknown individual in Russia who was identified as "The President." SULLIVAN stated he used web sites to include ICQ to contact sellers of electronic keys and that SULLIVAN paid for the electronic keys with the virtual currency, Bitcoin.

On the murder for hire, SULLIVAN stated "it's easy work" and added "I will put eyes on the guy and have my boy knock him down." UCE 4599 stated he thought that SULLIVAN would bring someone from the East Coast to murder the intended target. SULLIVAN replied "I got a hundred niggas, I still got my ties to the street. I got young boys who love me."

On February 5, 2014, UCE 4599 met with LI at a restaurant in San Francisco. LI said NHINGSAVATH was a victim of a home invasion robbery and that he and his girlfriend were zip tied and assaulted. NHINGSAVATH supposedly lost 50 pounds of processed marijuana, jewelry, clothes, electronics, and cash. LI thought NHINGSAVATH was targeted after bringing a stripper home a week before the home invasion. LI said the home invasion crew was Mexican and did not wear masks. LI thought they were inexperienced since they didn't wear masks and they didn't kill NHINGSAVATH or

88

his girlfriend. LI said he reached out to a ranking member of a Mexican gang to get information on who did the home invasion. LI discussed his rift with CHOW. According to LI, CHOW introduced CHANTHAVONG to people in New York and CHANTHAVONG had been conducting business with them. After the altercation between LI and CHOW, CHOW told the New York associates not to do any more business with CHANTHAVONG. LI asked if UCE 4599 wanted to purchase pounds of marijuana. UCE 4599 said he would get back to LI.

On February 5, 2014, UCE 4599 sent text messages from UCE 4599's cell phone to SULLIVAN's cell phone in preparation for SULLIVAN identifying the murder for hire victim. The following are the text messages, beginning at 10:30 a.m.:

UCE 4599: tomorrow 6PM at [restaurant] in SF

UCE 4599: big open floor plan

UCE 4599: You can probably get a good look from the bar

UCE 4599: can you make it?

At approximately 10:40 a.m., SULLIVAN responded via text with: "Okay."

On February 6, 2014, UCE 4599 and UCE 4684 (posing as the intended murder victim) staged a meeting at a restaurant in San Francisco. At approximately 5:21 p.m., UCE 4599 sent a text to SULLIVAN letting him know that the UCEs were at the restaurant. At approximately 5:44 p.m., agents observed SULLIVAN enter the restaurant wearing a black grey spotted sweater, green pants, and a red knit ball cap with a black stripe. SULLIVAN scanned the area and took a seat at the bar facing the dining area where UCE 4599 and UCE 4684 sat, with a clear view of UCE 4684. At approximately 6:13 p.m., SULLIVAN left the restaurant. Later, they exchanged these texts from cell phone to cell phone:

February 6, 2014

At 6:23 p.m., UCE 4599: Get what you needed?

February 7, 2014

At 12:04 a.m., SULLIVAN: All good.

At 8:49 a.m., UCE 4599: Cool, when you walked into the restaurant I thought you were going to jack the place

March 3, 2014

At 12:06 p.m., UCE 4599: I still owe you $10,000 for that matter [referring to murder for hire] I didn't forget

At 12:16 p.m., SULLIVAN: Been waiting on you.  I never will tell you what can be done if it really can't.

**I believe that this demonstrates probable cause for a violation of Title 18, United States Code, Section 1958 by SULLIVAN, Keith JACKSON, and Brandon JACKSON.**

On February 11, 2014, two UCEs met MASTRANGELO and another individual in a parking lot in Paramus, New Jersey to pick up money for laundering.  They arrived in a blue BMW. MASTRANGELO exited the car and delivered a white box.  MASTRANGELO said it contained $100,000.  It was later confirmed to contain $99,930.  On February 12, 2014, UCE 4599 met with NHINGSAVATH at Howard and Beale Streets in San Francisco.  UCE 4599 handed NHINGSAVATH a FedEx box containing $97,000.  NHINGSAVATH discussed the home invasion robbery where he was a victim.

On February 12, 2014, UCE 4599 met with KEITH JACKSON and BRANDON JACKSON at Howard and Beale Streets in San Francisco.  UCE 4599 told BRANDON JACKSON that the arranged cocaine deal for the following week would be delayed until KEITH JACKSON could arrange a meeting between UCE 4599 and the arms dealer.  KEITH JACKSON and UCE 4599 then headed to a sporting event together.

At the event, they continued to discuss meeting with the arms dealer. KEITH JACKSON said that SENATOR YEE also had a Filipino connection for weapons that SENATOR YEE was already "down with." KEITH JACKSON said that SENATOR YEE had dealt with the Filipino's "plenty of times." KEITH JACKSON said that SENATOR YEE asked to raise $50,000 for his Secretary of State campaign. UCE 4599 told KEITH JACKSON that he would be willing to give SENATOR YEE more money once the first shipment of weapons was complete.

On February 18, 2014, UCE 4599 arranged a meeting with NIEH and YUN to purchase pounds of marijuana. NIEH picked up UCE 4599 and they traveled to Millennium Therapeutic. UCE 4599 and NIEH met YUN and went to a restaurant. They discussed a previously arranged cigarette deal, and agreed that it would happen one month later than they had planned. YUN told UCE 4599 that she had four one pound samples of different strains of indoor marijuana for purchase. NIEH had three pounds in his car and YUN had one pound at Millennium. YUN stated her source of supply would be able to provide 50 pounds of marijuana at a time. They walked to Millennium and went into a storage area. YUN provided UCE 4599 with one pound of "Sour Diesel" marijuana. YUN confirmed that she previously gave NIEH three pounds and that it was in NIEH's vehicle. UCE 4599 paid YUN $8,200 for the marijuana. NIEH drove back to San Francisco where NIEH parked his car and opened his trunk. NIEH gave the remaining three pounds of marijuana to UCE 4599. Presumptive tests were positive for marijuana.

On February 18, 2014, UCE 4599 arranged a meeting with ROEUN at ROEUN's place of employment. ROEUN stated that his marijuana grow was robbed and that ROEUN was able to identify where the robbers lived but that it was not worth retribution. ROEUN told UCE 4599 that he would be providing UCE 4599 with two ARs, one fully automatic AK, and two handguns. UCE 4599 paid ROEUN $9,000 in cash as pre-payment for the firearms.

On February 20, 2014, Oakland Police Department (OPD) Officers, FBI and IRS Special Agents, executed a State Search Warrant issued by the Superior Court of California, County of Contra Costa, at a residence located at 5555 Merritt Drive, Concord, California (hereinafter Merritt).

Earlier, in January, 2014, an investigation began pertaining to Merritt, a residence suspected of being a site for an indoor marijuana cultivation operation. Public records showed the residence was owned by TILTON, and purchased on April 27, 2012 after foreclosure proceedings. A Special Agent of the Internal Revenue Service, reviewed mortgage documents and bank records for TILTON and found that TILTON purchased the property in cash for $342,764.87. Multiple individuals were found to deposit cash into the escrow pertaining to the purchase of Merritt, to include Tina LIANG in the amount of $100,000, Jane LIANG in the amount of $29,764.87, TILTON in the amount of $73,000, and three other associated individuals in the amounts of $70,000, $30,000 and $10,000.

On January 2, 2014, TILTON and another male were observed arriving at the Merritt address in a grey Toyota pickup. Both TILTON and the other individual entered Merritt and were seen moving a large tray from the pickup truck to the garage of the residence. TILTON and the other individual also loaded multiple large black bags from the residence into the truck.

At the Merritt search warrant location on February 20, 2014, Officers and Agents discovered an indoor marijuana grow inside the residence. No persons were present at the time the search warrant was executed. The residence had no obvious sleeping quarters as it was apparent the home was converted completely into an indoor marijuana grow site. Among items seized at the location, included 503 marijuana plants (354 with root balls and 149 without), indicia for Brian Seiki TILTON (to include a tax refund check). A representative from the Pacific Gas and Electricity (PG&E), the company that services provides power to Merritt, arrived at the residence and indicated the electricity used to power the marijuana grow equipment was supplied by stolen electricity. From my training and experience, I know it is typical for individuals involved in operating illegal marijuana grows in residences to bypass

electricity to avoid the scrutiny of law enforcement. **I believe that this demonstrates probable cause for a violation of Title 21, United States Code, Section 846 by Tina LIANG and Bryan TILTON.**

On February 25, 2014, UCE 4599 met with KEITH JACKSON at a restaurant located in San Francisco, California and planned to meet SENATOR YEE soon after at the same restaurant. During the discussion prior to the arrival of SENATOR YEE, KEITH JACKSON told UCE 4599 that SENATOR YEE was the driving force behind making the introduction between UCE 4599 and the arms dealer. By delaying the meet with the arms dealer, KEITH JACKSON felt SENATOR YEE was hindering the progress of a purported cocaine deal between UCE 4599, SULLIVAN and BRANDON JACKSON. KEITH JACKSON continued by saying the arms dealer was the "real deal" and was SENATOR YEE's "guy." According to JACKSON, SENATOR YEE was in control of introducing UCE 4599 to the arms dealer.

KEITH JACKSON stressed the importance of completing a purported cocaine transaction with SULLIVAN and BRANDON JACKSON. KEITH JACKSON told UCE 4599 he met with one of SULLIVAN's associates (not further identified) during SULLIVAN's father's funeral. The unknown associate asked KEITH JACKSON if the cocaine transaction would come to fruition. KEITH JACKSON told the unknown associate he would "make it happen." According to KEITH JACKSON, BRANDON JACKSON was currently living with his mother and was planning to move at the end of March (2014). UCE 4599 told KEITH JACKSON he owed SULLIVAN $10,000 for a previously negotiated murder for hire plot against one of UCE 4599's associates. When it came to criminal matters, KEITH JACKSON stated he preferred UCE 4599 work with "people in our circle." When SENATOR YEE arrived to the restaurant, UCE 4599 asked SENATOR YEE for some clarification on how to progress with matters related to the arms dealer. SENATOR YEE advised he needed to be careful because of the recent indictment and conviction of another California State Senator. SENATOR YEE was referring to the arrest and indictment of a California State Senator who allegedly was involved in

93

public corruption. SENATOR YEE believed the other State Senator was wearing a "wire" for the FBI. SENATOR YEE thought the other State Senator was a classic example of involving too many people in illegal activities. SENATOR YEE believed his arms dealer connection could in fact provide weapons to UCE 4599. SENATOR YEE took an "agnostic" stance on UCE 4599 and the dealer's purported weapons deal. SENATOR YEE said "People want to get whatever they want to get. Do I care? No, I don't care. People need certain things." SENATOR YEE recognized UCE 4599 needed assurance the weapons deal was in fact a real opportunity. According to SENATOR YEE, it was the "Real deal." SENATOR YEE encouraged UCE 4599 to start off doing small deals with the arms dealer. However, SENATOR YEE emphasized the arms dealer would not engage with UCE 4599 unless SENATOR YEE was involved. SENATOR YEE told UCE 4599 he had other sources of supply for weapons.

SENATOR YEE advised the weapons deal would probably not happen until the end of the year. SENATOR YEE would do everything he could to ensure the connection was comfortable in dealing with UCE 4599. At some point last year, SENATOR YEE wanted to move forward with facilitating conversations with the arms dealer and UCE 4599 but the arms dealer wasn't ready. SENATOR YEE was "in-sync," meaning on board, with UCE 4599 when it came to the opportunity to traffic firearms. UCE 4599 understood SENATOR YEE was in control of setting up the meeting with the arms dealer. SENATOR YEE asked what it would take to make UCE 4599 feel comfortable. UCE 4599 responded by saying he wanted to have a dialogue with the arms dealer about the logistical issues associated with trafficking firearms internationally. UCE 4599 continued by saying, he also wanted to know what type of firearms the dealer could supply. UCE 4599 specifically told SENATOR YEE he was looking to obtain weapons that were mobile, light and powerful. SENATOR YEE responded by saying he did not believe the arms dealer would openly discuss the types of weapons during the first meeting. SENATOR YEE continued by saying he thought the arms dealer would suspect UCE 4599 of

being an "agent," meaning law enforcement, if specific weapons were discussed at the initial meeting. UCE 4599 advised he anticipated spending $2,000,000 for the first shipment of weapons. UCE 4599 specifically told SENATOR YEE he was looking to obtain a container of weapons. According to SENATOR YEE, the arms dealer was "doing stuff" in a foreign country and warned that the arms dealer was a very serious person to do business with. SENATOR YEE would see what he could do to facilitate the meeting with the arms dealer.

UCE 4599 asked SENATOR YEE what he [SENATOR YEE] needed to make the meeting happen. SENATOR YEE said he believed the more people involved in the weapons deal, the greater the chances that SENATOR YEE would be implicated. UCE 4599 responded by saying he had as much to lose as SENATOR YEE if UCE 4599 was caught. UCE 4599 told SENATOR YEE he had a great life and would not do anything to jeopardize his lifestyle. SENATOR YEE stated he was unhappy with his life and said "There is a part of me that wants to be like you. You know how I'm going to be like you? Just be a free-agent out there." SENATOR YEE told UCE 4599 he wanted to hide out in the Philippines. JACKSON reiterated the importance of having UCE 4599 meet with the arms dealer. SENATOR YEE attributed his long career in public office to being careful and cautious. SENATOR YEE advised if the arms dealer was ever caught by law enforcement, he may implicate UCE 4599. UCE 4599 requested a high level meeting to talk about the fundamentals of working together. UCE 4599 assured SENATOR YEE he would not talk about specific weapons like Hell-Fire Missiles during his initial meeting with the arms dealer. UCE 4599 assured SENATOR YEE he would continue to provide him with the support he needed to be successful. SENATOR YEE said he would figure out a way for UCE 4599 to meet with the arms dealer. At the conclusion of the meeting, all departed from the restaurant.

On February 26, 2014, UCE 4599 returned to ROEUN's place of employment in San Francisco. ROEUN provided UCE 4599 with the following weapons: one silver Strum P90 .45 ACP; one black

Smith and Wesson, .44 Magnum revolver; one black AR-15 pattern rifle (with no serial number or manufacturing markings on the lower receiver, the upper receiver marked Palmetto), with a magazine marked "5.56 x 45 PMAG30"; one black and green AR-15 pattern rifle (with no serial number or manufacturing markings), with a magazine marked "5.56 x 45 PMAG30". ROEUN discussed his source of supply for firearms. **I believe that this demonstrates probable cause for a violation of Title 18, United States Code, Section 922(a)(1) by ROEUN.**

On February 28, 2014, SFPD conducted surveillance on an annual HST dinner at New Asia Restaurant in Chinatown. Among the attendees were CHOW, SENATOR YEE, ███████████ ██████████████████████████████████████████████ Ming MA, George NIEH, Kevin SIU, Leslie YUN, and James PAU. According to SFPD Gang Task Force surveillance, SENATOR YEE gave a speech at the event.

On March 4, 2014, KEITH JACKSON contacted UCE 4599 by telephone. JACKSON reported that YEE wanted to shift to another source to get weapons for UCE 4599 – Dr. Wilson LIM. KEITH JACKSON offered to set up a meeting for UCE 4599 with SENATOR YEE on March 5, 2014, to discuss this new potential source of supply. UCE 4599 asked about logistics and told KEITH JACKSON that UCE 4599 intends to bring any weapons back through the Port of Newark, New Jersey.

On March 5, 2014, UCE 4599 met with KEITH JACKSON and SENATOR YEE at a hotel restaurant located in San Francisco, California to discuss firearms trafficking. At the restaurant, prior to the arrival of SENATOR YEE, KEITH JACKSON advised that a person later identified as Dr. Wilson LIM, would be the point of contact in the United States for the weapons deal in the Philippines. One of LIM's relatives would be the contact in the Philippines. KEITH JACKSON and BRANDON JACKSON met with LIM the previous Sunday. According to KEITH JACKSON, LIM was excited to meet UCE 4599. LIM's associates in the Philippines were trying to overthrow the current government and needed

money.  KEITH JACKSON advised that the prior source of weapons was currently tied up with matters related to world affairs.  Later at the restaurant, SENATOR YEE arrived. UCE 4599 told SENATOR YEE his family in New Jersey wanted to give their full support to SENATOR YEE's bid for California Secretary of State. UCE 4599 told SENATOR YEE his family controlled a large portion of the Port of Newark, New Jersey and was currently establishing companies in support of a weapons trafficking deal.  SENATOR YEE told UCE 4599 he appreciated UCE 4599's father's perspective and support and continued by saying "I can be of help to you for 10 months or I can be of help to you for eight years. I think eight years is a lot better than 10 months."  SENATOR YEE hoped that he would win his bid for Secretary of State but if he didn't, SENATOR YEE wanted to move into the private sector and exploit all the relationships he had in Asia for various kinds of activities.

SENATOR YEE was rapidly depleting his campaign funds and asked UCE 4599 to contribute money to his Secretary of State campaign. UCE 4599 reiterated his support and asked for their plan, SENATOR YEE and LIM, on the weapons trafficking deal.  SENATOR YEE explained LIM was originally from the Mindanao region of the Philippines. According to SENATOR YEE, Mindanao was largely populated by Muslim rebel groups who were fighting the federal government.  SENATOR YEE continued by saying the Muslim rebels had no problem "kidnapping individuals, killing individuals and extorting them for ransom." SENATOR YEE recalled a trip approximately two years ago where SENATOR YEE visited Mindanao at the invitation of the Mindanao government. SENATOR YEE said when he arrived, he was surrounded by numerous armed guards carrying automatic rifles.

SENATOR YEE stated that LIM's SOS for the weapons was a Philippine citizen who previously sold guns to individuals (not further identified) from Florida.  LIM's SOS delivered a shipment of weapons to the port of Cagayan de Oro.  The weapons were picked up by the unidentified individuals from Florida and shipped to an unknown location. SENATOR YEE stated he thought that was "The ideal way of handling it."  UCE 4599 explained he had holding companies established the Port of

Newark, New Jersey. UCE 4599 told SENATOR YEE he would pick up the weapons in the Philippines and ship them back to the Port of Newark. From there, a portion of the weapons would be shipped to Sicily and then on to North Africa. UCE 4599 asked SENATOR YEE if the SOS could ship the weapons directly to the United States. SENATOR YEE explained it would be easier if UCE 4599 picked up the weapons in the Philippines.

According to SENATOR YEE, the SOS for weapons was surprised to hear UCE 4599 wanted to spend $2,000,000 for the initial purchase of weapons. SENATOR YEE thought $2,000,000 was a lot of money and said "We can't catch attention to any of this stuff." UCE 4599 reiterated they would pick up the weapons and bring it back to New Jersey. UCE 4599 told SENATOR YEE he understood the importance of practicing discretion and not garnering any unwanted attention. SENATOR YEE told UCE 4599 he "Wanted to protect the entire enterprise" to include the SOS and UCE 4599. SENATOR YEE talked about the lifecycle of the weapons deal from the initial pick-up in Cagayan de Oro to the transfer the weapons back to "U.S. territories." UCE 4599 told SENATOR YEE he was least worried about getting the weapons back to the United States.

SENATOR YEE advised the Philippines was a very corrupt country and UCE 4599 needed to be prepared to pay people at every level during the lifecycle of the deal. UCE 4599 told SENATOR YEE his family controlled a big portion of the Port of Newark and was accustomed to paying people off. SENATOR YEE told UCE 4599 he visited New Jersey and felt like he was back in the 1950s.

UCE 4599 asked SENATOR YEE what type of weapons the SOS in the Philippines had access to. Specifically, UCE 4599 asked about shoulder fired automatic weapons. SENATOR YEE responded by saying the automatic weapons are the equivalent to the "M16" Automatic Service Weapon. SENATOR YEE told UCE 4599 when you move a lot of "stuff" people notice you. SENATOR YEE said he told LIM if he were UCE 4599, he would not send a boat to the Philippines for 50 rifles. UCE 4599 asked about the availability of shoulder fire missiles or rockets. SENATOR YEE responded "I told him about

rocket launchers and things like that." SENATOR YEE asked UCE 4599 to provide an inventory list of desired weapons and he would see what they can do. According to SENATOR YEE, LIM wanted to know how UCE 4599 planned on remitting payment. UCE 4599 told SENATOR YEE he would deliver $2,000,000 cash. UCE 4599 asked about larger scale weapons systems like artillery. SENATOR YEE explained Mindanao is a "war zone." SENATOR YEE stated he had a conversation with his other proposed source of supply about the illegality of U.S. citizens purchasing weapons overseas. SENATOR YEE told UCE 4599 to be careful because this was "major stuff." SENATOR YEE asked if this was the first time UCE 4599 had ever engaged in a weapons deal. UCE 4599 told SENATOR YEE his family used to source Russian made weapons through Canada. UCE 4599 told SENATOR YEE he understood the importance and impact of having SENATOR YEE as California Secretary of State to his family's business. SENATOR YEE stated he thought there were multiple opportunities to help. SENATOR YEE continued by saying he thought Africa was a largely untapped market for trade. SENATOR YEE surmised by utilizing his position, UCE 4599 would be able to ship weapons directly to Africa.

UCE 4599 asked SENATOR YEE what the next steps were. SENATOR YEE replied by saying LIM would figure out if his SOS in the Philippines could provide the kinds of weapons UCE 4599 was looking to obtain. UCE 4599 reiterated his support for SENATOR YEE's campaign. UCE 4599 stressed the importance of completing the first weapons transaction. UCE 4599 told SENATOR YEE he was successful when his friends were successful. UCE 4599 reassured SENATOR YEE he would pay SENATOR YEE for his assistance in addition to the previously promised campaign donations. SENATOR YEE appreciated UCE 4599's gesture and to focus on the election first. UCE 4599 reiterated he would be picking the weapons up in the Philippines and shipping them back to the United States before ultimately sending them to North Africa. SENATOR YEE told UCE 4599 there are approximately 100 rifles currently available.

SENATOR YEE advised the Muslims in Mindanao had access to a lot of money and were being financed by Muammar Gaddafi before his death.

UCE 4599 asked to have a direct conversation with LIM. SENATOR YEE was hesitant and advised there wasn't anything that SENATOR YEE had told UCE 4599 that wasn't the truth. SENATOR YEE said LIM was a "gun lover" and had no moral arguments of selling weapons. SENATOR YEE reiterated he had been to Mindanao and had an opportunity to shoot some of the weapons discussed with UCE 4599. SENATOR YEE departed from the area. KEITH JACKSON and UCE 4599 had dinner at the restaurant within the hotel.

On March 11, 2014, UCE 4599 met with KEITH JACKSON, SENATOR YEE and LIM at a restaurant in San Francisco, California, to discuss an arms trafficking transaction. At the restaurant, SENATOR YEE introduced LIM to UCE 4599 and described him as highly trusted individual. UCE 4599 stressed the importance remaining safe during all aspects of the weapons trafficking deal. LIM told UCE 4599 the weapons could be shipped to Manila or to the Port of Cagayan de Oro, Philippines. LIM believed Manila would be the safest option. LIM said UCE 4599's contact in the Philippines would be LIM's nephew (not further identified). LIM continued by saying a Captain in the Philippine military (not further identified) would provide the weapons to LIM's nephew. LIM indicated he would prefer UCE 4599 put together a list of desired weapons. SENATOR YEE told UCE 4599 the weapons deal would not happen until after the California Secretary of State election. LIM and SENATOR YEE encouraged UCE 4599 to deal in smaller amounts of weapons to avoid unwanted attention in the Philippines. UCE 4599 asked about the major Muslim organizations in the Mindanao region of the Philippines. SENATOR YEE responded by saying "M.I.L.F." UCE 4599 understood M.I.L.F. to be an acronym for the MORO ISLAMIC LIBERATION FRONT. SENATOR YEE went on to explain there were several factions within the M.I.L.F. Regarding the M.I.L.F., LIM told UCE 4599 they are his friends but he does not personally associate with them.

UCE 4599 asked LIM about what specific weapons he had access to.  LIM told UCE the Israeli made Tavor assault rifle was very common in the Philippines.  LIM described the Tavor as being the equivalent of the "M16" assault rifle.  UCE 4599 asked LIM if he had access to anything else "bigger."  LIM responded by saying "All kinds of things, we just have to look for it."  LIM was afraid to relay UCE 4599's request for weapons over the phone.  UCE 4599 asked LIM if he would accompany UCE 4599 to the Philippines.  LIM asked UCE 4599 if he was wanted by law enforcement.  LIM and SENATOR YEE warned UCE 4599 to be careful in the Philippines.  SENATOR YEE believed there was a high probability of being kidnapped in the Philippines.

UCE 4599 told LIM he would provide a list of desired weapons to KEITH JACKSON.  LIM in turn, would hand deliver the letter to his nephew in the Philippines.  SENATOR YEE said LIM would not go to the Philippines without SENATOR YEE and SENATOR YEE wasn't ready to go to the Philippines until November.  SENATOR YEE explained "Once things start to move, it's going to attract attention.  We just got to be extra-extra careful."  While SENATOR YEE agreed with LIM's assessment of Manila being a safer location to pick up the weapons, SENATOR YEE said "We have more control in Cagayan de Oro than Manila.  LIM asked if UCE 4599 could bring the money to the Philippines.  UCE 4599 assured LIM it would not be a problem to transport the money to the Philippines.  LIM advised UCE 4599 would meet with a head of a Muslim group.

UCE 4599 asked about a recent peace treaty signed between the Philippine government and the Muslim rebel groups.  According to SENATOR YEE, the Philippine government was secretly funding some of the Muslim rebel groups in an effort to create a distraction so people would not focus on all the corruption within the Philippine government itself.  SENATOR YEE explained there are several factions within the M.I.L.F. who did not agree with the peace treaty.  LIM reiterated the weapons would be provided by the Philippine military.  UCE 4599 asked for weapons that were light, mobile and devastating.

UCE 4599 would provide LIM with a list of desired weapons.  If LIM could not hand deliver the list to the Philippines himself he would have an associate from the San Francisco Bay Area deliver the letter.  SENATOR YEE advised he and LIM needed time to set up the infrastructure necessary to complete the weapons deal.  SENATOR YEE didn't want LIM to get too involved because he was a United States citizen.  UCE 4599 reiterated a previous statement made by SENATOR YEE on March 5, 2014, when SENATOR YEE said "I want to protect the entire enterprise."   SENATOR YEE stated he wanted to build in several layers of protection to shield LIM and anyone else who may be involved with the weapons deal.  SENATOR YEE was also worried about anybody detecting any "revenue streams" that may lead back to SENATOR YEE.  UCE 4599 told SENATOR YEE he had a way to insulate any type of transaction associated with the weapons deal.  LIM asked if UCE 4599 would have the capabilities to bring a ship over to the Philippines.  UCE 4599 told LIM his family was in control of a large portion of the Port of Newark in New Jersey.  LIM asked if UCE 4599 was in the Mafia.  UCE 4599 confirmed he was associated with the Mafia in New Jersey.

On March 14, 2014, UCE 4599 met with SENATOR YEE, KEITH JACKSON and KEITH JACKSON's associate at a restaurant in San Francisco, California.  During the meeting, SENATOR YEE and KEITH JACKSON openly discussed how they would break up a large sum of cash provided by UCE 4599 into legitimate campaign donations.  UCE 4599 told SENATOR YEE he was prepared to give him $6,800 in cash and a list of weapons for him to give to LIM.  YEE told UCE 4599 he would take the cash and have one of his children write out a check.  Later in the evening, UCE 4599 walked with SENATOR YEE, and SENATOR YEE told UCE 4599 he would make a "Xerox" copy of the list and provide it to LIM.  SENATOR YEE stated, LIM would in turn mail the list to his Philippine source of supply for weapons.  **I believe that this demonstrates probable cause for a violation of Title 18, United States Code, Sections 371, 922(a)(1) and 922(l) by SENATOR YEE, KEITH JACKSON, and LIM.**

### E. SCHEME TO DEFRAUD BY SENATOR YEE AND JACKSON

During a substantial portion of the time that the criminal activities described above were taking place, that is from approximately May 2011 through the present, SENATOR YEE and KEITH JACKSON were engaged in campaign fundraising activities for SENATOR YEE. These activities included agreements by SENATOR YEE and KEITH JACKSON that SENATOR YEE would engage in official acts requested by donor undercover agents, UCE 4599, UCE 4773, and UCE 4180 in exchange for campaign donations and money.

### Background Pertaining to the Honest Services Fraud

As mentioned above, UCE 4599 and KEITH JACKSON met at a social gathering with CHOW on May 25, 2011. At this time, SENATOR YEE was serving as a State Senator for the California Eighth Senate District, which includes San Mateo County and part of San Francisco County. SENATOR YEE was also running for election in the San Francisco mayoral election to be held on November 8, 2011. KEITH JACKSON, who had purportedly known SENATOR YEE for many years, was raising money for SENATOR YEE's mayoral campaign, and solicited a $500 donation from UCE 4599 at the May 25, 2011 event. Five hundred dollars was the maximum allowed for a donation by an individual. KEITH JACKSON described his long-standing relationship with SENATOR YEE and how much money SENATOR YEE would control in the San Francisco budget once elected mayor. KEITH JACKSON explained that if UCE-4599 wanted to invest $5,000 in SENATOR YEE, UCE-4599 would get credit for it.

UCE 4599 declined to make the requested donation, but on several more occasions in mid-2011, KEITH JACKSON continued to solicit UCE-4599 for contributions to the campaign. Each time, UCE-4599 responded that he was not interested, and eventually told KEITH JACKSON that he had a business associate from the East Coast who might be interested in making a contribution.

On September 20, 2011, KEITH JACKSON invited UCE-4599 to a fundraiser for SENATOR YEE. UCE-4599 said he would check with UCE-4773. UCE-4773 was an FBI undercover agent who was posing as a business associate of UCE-4599 who lived and worked in Atlanta. The following day, UCE 4773 spoke with KEITH JACKSON over the telephone. KEITH JACKSON told UCE 4773 that he wanted him to come to a fundraiser that night so that KEITH JACKSON could introduce UCE 4773 to "a good friend of mine who's running for mayor, Senator YEE, LELAND YEE." UCE 4773 agreed to attend the event.

From the beginning of the investigation, and continuing throughout the investigation, UCE 4773 presented himself as a businessman engaged in real estate development who also represents a variety of investors and clients. UCE 4773 has represented himself as particularly being interested in expanding his business interests to California in general, and the San Francisco Bay Area in particular, and in making business and political contacts who could facilitate that expansion.

On September 21, 2011, UCE 4773 met KEITH JACKSON and SENATOR YEE in person at a fundraising event in San Francisco. In SENATOR YEE's presence, UCE-4773 wrote out a check for $500 as a campaign contribution.

Starting with their first meeting with UCE 4773, SENATOR YEE and KEITH JACKSON vigorously courted UCE 4773 as a potential campaign donor and fundraiser. On September 22, 2011, while located in Atlanta, UCE 4773 received a voicemail from SENATOR YEE stating that he "appreciate[d] the conversation and then hopefully, um, you know, there are things that uh, we can do to be of help uh, to you, and uh, but anyway just wanted to reach out and say thank you very, very much." On September 23, 2011, UCE 4773 received two calls from SENATOR YEE. During the first call, SENATOR YEE said he would like to discuss affordable housing with UCE 4773 – one of UCE 4773's purported business interests – "particularly" once SENATOR YEE was elected mayor. During the

second call, SENATOR YEE said that he could not talk policy at the same time he asked for money. At this point, SENATOR YEE asked UCE 4773 to raise $5,000 to $10,000 for SENATOR YEE's campaign. Senator YEE acknowledged the $500 individual donation limit during the conversation.

Over the course of their relationship and dealings for the remainder of the mayoral election, UCE 4773 made it clear to both KEITH JACKSON and SENATOR YEE that he was prepared to assist them, but expected consideration in exchange in terms of furthering his own business interests.

In response to SENATOR YEE's and KEITH JACKSON's requests for campaign donations, on October 11, 2011, UCE 4773 hand-delivered to KEITH JACKSON a $5,000 personal check made payable to "JACKSON CONSULTANCY." In response to UCE 4773's concerns that SENATOR YEE would know that UCE 4773 had made the contribution and would get credit for it, KEITH JACKSON said that SENATOR YEE would be aware because JACKSON planned to tell him.

On October 13, 2011, SENATOR YEE and KEITH JACKSON and others attended a meet and greet event attended by UCE 4773 and ten other undercover FBI agents. UCE 4773 arranged for each of the ten undercover agents to make a donation to SENATOR YEE of $500 each, thereby raising $5,000 for SENATOR YEE's campaign.

The following day, October 14, 2011, KEITH JACKSON called UCE 4773 and they discussed additional donations to SENATOR YEE's mayoral campaign. JACKSON hinted at wanting UCE 4773 to contribute additional funds. UCE 4773 said he was interested in donating more money, but he would not do so without knowing what he would get in return.

Later in the evening of October 14, 2011, following a telephonic invitation from SENATOR YEE, UCE 4773 met with SENATOR YEE at the coffee shop in the Marriot Marquis hotel in San Francisco. UCE 4773 discussed the fact that he had already provided $11,000 to the campaign, and told

105

SENATOR YEE, "it's too much money ... not to get something."  UCE 4773 was not necessarily seeking specifics from SENATOR YEE at this time, but was seeking assurance that consideration would be forthcoming.  SENATOR YEE immediately responded: "Right, right, right."  SENATOR YEE told UCE 4773 about all the money he had raised over the years in connection with his career in the state Senate and his positions in the Senate:  "...it gave me a lot of cachet in terms of being able to raise money, and also to be helpful when, you know, it was the right thing to do."  At one point in the conversation, SENATOR YEE added that he had a lot of friends in Sacramento; he understood there was a lot that UCE 4773 wanted to do both at the state and local level; and said "there's tremendous opportunity in local levels, ... because whoever's gonna be the mayor controls everything."

During this conversation, UCE 4773 mentioned "the five" raised [through the "investors"] at the meet-and-greet the night before.  UCE 4773 then referred to "the five that I gave KEITH [JACKSON], the separate five," and referred to worries raised by an article he saw in the newspaper about people getting caught donating over the $500 limit to another mayoral candidate.  UCE-4773 expressed concern about the risk he was running in being exposed and investigated.  SENATOR YEE responded, "[Y]ou're right ... we gotta be careful."  He added, "... you ought to be careful too."  SENATOR YEE then said, "we've gotta get the money, but, you know, to the extent that you could find a way to do it, ... you know I would appreciate that."  When UCE-4773 continued to express concern about putting a large sum into the campaign, SENATOR YEE said that the campaign was going to get audited "because we took public financing."  He said that would include looking at where the money comes from, "and you just  gotta be careful about that."  SENATOR YEE added, "I would simply say that as long as you cover your tracks ... you're fine ... [b]ut if you don't think you can do that, don't do it."

When UCE 4773 asked if there was some way that he could contribute money "outside the campaign," and not have to be worried, SENATOR YEE said that UCE 4773 could contribute unlimited

sums to a committee supporting a ballot measure for school funding that SENATOR YEE also supported.  SENATOR YEE explained that the ads for the measure would feature SENATOR YEE in a positive piece supporting schools and education.  At the end of the conversation, SENATOR YEE said that he wanted UCE 4773 to be comfortable with whatever he did, because for SENATOR YEE, "this is about a long term relationship."  SENATOR YEE then mentioned that if he won the mayoral position, "we control 6.8 billion man, shit."  SENATOR YEE told UCE 4773 that he had no interest in making money for himself, but was happy to have his friends make money.  UCE 4773 recounted that "I'm at 11,000 dollars," and said that there was no problem getting the money, he just did not want to get caught doing something stupid.  SENATOR YEE responded, "[r]ight, and, like I said, you know, you get ten thousand into the campaign … and then the other ten, you know, you can write it and dump it in the ballot measure, I don't care."

On several more occasions before the November 8, 2011 election, SENATOR YEE and KEITH JACKSON asked UCE 4773 for more money.  UCE 4773 did not make any additional donations.  Senator YEE lost the mayoral election on November 8, 2011.

**Bribe Involving Well Tech**

During a meeting with SENATOR YEE and KEITH JACKSON on January 18, 2012, SENATOR YEE told UCE 4773 that he was considering running for Secretary of State in the November 2014 election.  SENATOR YEE said that he could not get started on fundraising for the Secretary of State election until he retired the $70,000 debt from the San Francisco mayoral campaign.  SENATOR YEE asked UCE 4773 to raise $10,000 in order to retire the mayoral debt and also asked UCE 4773 to also donate to the Secretary of State campaign.  UCE 4773 did not make any commitment.

On April 7, 2012, UCE 4773 met with SENATOR YEE and KEITH JACKSON at the Starbucks located inside the Marriott Marquis hotel in San Francisco. They discussed UCE 4773's business interests, including a software consulting business client. UCE 4773 said he wanted to expand the client's business into California.

On April 27, 2012, in response to continuing requests from KEITH JACKSON for donations to retire SENATOR YEE's mayoral campaign debt, UCE 4773 sent a personal check to KEITH JACKSON via Federal Express. The check was for $5,000 and made payable to KEITH JACKSON.

On June 2, 2012, UCE 4773 spoke with KEITH JACKSON over the phone. JACKSON told UCE 4773 that SENATOR YEE would like to meet with UCE 4773 the next time UCE 4773 was in town. According to JACKSON, SENATOR YEE's attitude was "whatever [UCE-4773] need[s] from him …he's open to help as much as he can." The two discussed UCE 4773's software consulting company client, Well Tech, and JACKSON suggested using SENATOR YEE's contacts in San Mateo County to assist Well Tech. Well Tech was the name of the software consulting company client that UCE 4773 was seeking to expand to the San Francisco Bay Area. JACKSON stated, "just consider that an easy ask for Leland to kind of, you know, help identify, you know, especially in San Mateo County, where there's plenty of opportunities there…"

On June 6, 2012, UCE 4773 spoke on the phone again with KEITH JACKSON. JACKSON advised that SENATOR YEE's mayoral campaign debt was down to around $31,000. JACKSON said that SENATOR YEE needed UCE 4773's help and wanted help by June 22, 2012. JACKSON stated that whatever UCE 4773 could do to help clear up the debt, "it'll be greatly, greatly appreciated." UCE 4773 responded that he knew JACKSON could not discuss the subject on the phone, but UCE 4773 was going to need something very specific before giving more money. UCE 4773 added that he would need to meet and talk to SENATOR YEE directly. JACKSON asked UCE-4773 to call SENATOR YEE.

UCE 4773 and KEITH JACKSON spoke again by phone on June 19, 2012, at which time JACKSON told UCE 4773 that SENATOR YEE needed $40,000 and that SENATOR YEE's deadline to clear his debt was June 30. JACKSON asked UCE 4773 for $10,000. When UCE4773 asked what SENATOR YEE's response was to UCE 4773 saying he would need to get something out of it, JACKSON said SENATOR YEE was fine with that.

On June 26, 2012, UCE 4773, a Confidential Human Source (CHS #12), and UCE-4212 met with SENATOR YEE, KEITH JACKSON, and others at an office in Sacramento, California. UCE 4212 was an FBI undercover agent posing as "SONJA SCHMIDT." CHS #12 was posing as an individual who runs a software consulting business. CHS #12 told SENATOR YEE that her business does information technology (IT) and management consulting in the area of business systems support and advised that her company has contracts with federal agencies. UCE 4773 explained to SENATOR YEE that he and his investors were providing funding to assist CHS #12 in expanding and competing for contracts in the state of California. UCE 4773 explained that UCE 4212 has a strong business background and would be helping CHS #12as a business development manager in California. UCE 4773 told SENATOR YEE that he was seeking to position CHS #12 to compete for contracts throughout the state of California and the City of San Francisco. UCE 4773 said that anyone could compete for contracts, but CHS #12 was "still going to need [to] access the relationships." SENATOR YEE discussed potential opportunities in San Mateo County and in the state of California, noting that certain state-wide computer systems, such as that of the courts, needed improvement. SENATOR YEE said that there were "two elements of Secretary of State that may be of interest to you." He explained that one was business development and another is in elections, where the computer system was antiquated.

CHS #12 and UCE-4212 left the meeting and UCE 4773 continued to meet with SENATOR YEE and the others. UCE 4773 told SENATOR YEE that he and his investors planned to put $500,000

into CHS #12's company over the next five years.  He added that he wanted to "identify opportunities for [CHS #12] to grow."  In response to that statement, SENATOR YEE said, "Okay, let, let me just tell you my situation.  My situation is that um, you know, we, we want to raise 40,000 and we've just been having a dog of a time. … [y]ou know I know you've helped with 5,000 and so on.  You know, what we're looking at is if you can help with another 10."  SENATOR YEE said, "we were hoping to close by the end of the month."  SENATOR YEE added if he did not close the mayoral debt by the end of the month, he was going to have to delay the announcement for Secretary of State.  At the close of the meeting, SENATOR YEE told UCE-4773, "if you could be helpful, it would be really good."

KEITH JACKSON telephoned UCE 4773 on July 2, 2012 and told him that SENATOR YEE was setting up meetings for Well Tech with a state public official involved in technology and with some individuals at the local level involved in transportation.  JACKSON told UCE 4773 that SENATOR YEE "is moving forward; he gets it," and that SENATOR YEE said he will "make some things happen."

On September 4, 2012, UCE 4773 met with SENATOR YEE and KEITH JACKSON in the cafeteria in the State Building at 455 Golden Gate Avenue in San Francisco.  When UCE 4773 asked SENATOR YEE if he had announced for Secretary of State yet, SENATOR YEE replied "we're 32 out now.  $32,000 out … from paying off the debt."  SENATOR YEE then added, "[S]o, um, if you could do another 10, that would be good."  UCE 4773 said that he had a meeting the next day with the state health department.  UCE 4773 explained that he was meeting with the person in procurement who was "going to help [CHS #12] set up with at least the lead on a couple of contracts."  UCE 4773 added, "I know we're gonna need a phone call or two on [CHS #12]'s behalf.  I'll give you a call, um, to work out the details."  SENATOR YEE responded: "Just let me know."  SENATOR YEE also added that he planned to set up a meeting with UCE-4773 and [CHS #12] with the state-level technology person and mentioned that he, Senator YEE, had already met with this individual.  UCE 4773 said that at the

110

meeting with the health department the next day, UCE 4773 would be pushing Well Tech and anticipated moving fast with the health department.  UCE 4773 told SENATOR YEE, "[i]f you can do that, then 10 is no problem at all.  I don't have a problem with that at all."  SENATOR YEE responded by saying, "[s]o just let me know who you guys are meeting with and, uh, you know, uh, get that information to me so I'll make the call right away."  UCE 4773 said, "[s]ounds good."  A short time later in the conversation, UCE 4773 said he would call SENATOR YEE the next day after he found out to whom calls would need to be made.  He then asked how soon SENATOR YEE needed "the 10," and SENATOR YEE responded "as soon as possible."

On September 10, 2012, SENATOR YEE left a voicemail for UCE 4773 asking for the name of the person at the California Department of Health whom UCE 4773 needed SENATOR  YEE to call.

On September 19, 2012, UCE 4773 spoke again with SENATOR YEE by telephone and said that Well Tech was looking to do business with the state Health Department and UCE 4773 needed a letter from SENATOR YEE talking about the efforts Well Tech had been making in the state. SENATOR YEE responded, "why don't you do this?  Why don't you draft something for me?  And then what I will do, is, is I will play with uh some of the words so that I can [unintelligible].   And what I'll do is, in a letter, I'll indicate the fact that, uh, you know, I, I met with whatever that gal's name was, and I was really impressed with her credentials, and the potential of her helping out individuals in my district, San Mateo County.  And encouraging her to pursue ideas in the county, but in California, and try and help streamline the process and save us money."

On September 20, 2012, UCE 4773 sent a proposed draft letter via e-mail to the e-mail account provided by SENATOR YEE.  On the same date, UCE 4773 called SENATOR YEE and they discussed the letter. SENATOR YEE stated he would print the letter out, get it to his staff, and then get it back to UCE 4773 sometime next week with revisions.

When KEITH JACKSON and UCE 4773 spoke on September 24, 2012, JACKSON told UCE 4773 that SENATOR YEE was all over him to clean up the debt. UCE 4773 said later in the conversation that if SENATOR YEE could get him the letter, UCE 4773 would "hook" JACKSON up. JACKSON explained that SENATOR YEE wanted to move forward with UCE 4773, but he also wanted to be safe. UCE 4773 said he would not put any more money out there unless he was getting something. JACKSON agreed, stating, "I understand that and I think he understands that too."

UCE 4773 and KEITH JACKSON spoke by phone again on September 26, 2012.  JACKSON said, "I just ... you know, the Senator, I talked to him yesterday, uh, in regards to the letter.  So, what he thought was that, you know, keep the letter as is, and whatever phone calls he needs to make ...".  JACKSON stated, "'[c]ause he [Senator YEE] said he's comfortable making calls, whatever he needs to do.  Uh, he said, it's just the letter thing is once you put it in writing, you just he, he, he didn't want it to seem like he's telling somebody, another state employee, that he just, they have to give you guys the contract.  Just in case somebody else got upset about that, then it's public information ....  And so he said, phone calls, whatever he needs to do, he, he'll, he'll do that.  And he also wanted me to tell you that, he, he said he told me to tell you that, whatever, whatever you want, [UCE 4773], you got it.  And so he just, he wants you to feel comfortable with that.  You know, he just, he sees this as a long-term relationship and he don't, he don't you know, he don't want to fuck things up."  UCE 4773 was located in Georgia, and JACKSON was located in San Francisco, California, during this call.  **I believe this demonstrates probable cause for a violation of Title 18, United States Code, Sections 1343 and 1346, and Section 2, by SENATOR YEE and JACKSON.**

UCE-4773 and SENATOR YEE spoke by phone on September 27, 2012, at which time SENATOR YEE again asked UCE 4773 for money, and asked for it sooner rather than later.  On

October 1, 2012, KEITH JACKSON called UCE 4773 and told UCE 4773 that SENATOR YEE was "blowing me up every day" with telephone calls and was on JACKSON's "ass" to get more money.

On October 18, 2012, UCE 4773 telephoned SENATOR YEE from Georgia and told SENATOR YEE that the contact at the California Department of Public Health who was helping UCE 4773 was named "RAVI." SENATOR YEE was located in San Francisco, California, during this call. UCE 4773 told SENATOR YEE that RAVI worked on the administration of grants, including a grant involving immunization services, and this was a great opportunity for Well Tech. UCE 4773 told SENATOR YEE that Well Tech does not have a strong presence in California and one of the things that would help would be for SENATOR YEE to call and vouch for SENATOR YEE's relationship with CHS #12, SONJA [UCE 4212], and Well Tech, and state what SENATOR YEE thought they are capable of accomplishing. SENATOR YEE agreed and asked that UCE 4773 text him the name of the person to whom he would be speaking. UCE 4773 said that all he was asking for today was that SENATOR YEE participate in a conference call. UCE 4773 said he would set up the conference call and introduce the senator. Senator YEE agreed. **I believe this demonstrates probable cause for a violation of Title 18, United States Code, Sections 1343 and 1346, and Section 2, by SENATOR YEE and JACKSON.**

Shortly thereafter on October 18, 2012, a conference call took place between SENATOR YEE, UCE 4773, and UCE 4138. UCE 4138 was an FBI agent acting in an undercover capacity and posing as RAVI. UCE 4138 was located in Hawaii; UCE 4773 was located in Georgia; and SENATOR YEE was located in San Francisco, California, during this call. UCE 4138 said that he was a staff services manager with the Department of Public Health in Richmond, California. SENATOR YEE told "RAVI" that he had had an opportunity to meet with [CHS #12] and he understood that one of the challenges in California is dealing with technology. SENATOR YEE said that when UCE 4773 introduced him to [CHS #12] and her company's abilities, that was pretty intriguing to SENATOR YEE. SENATOR YEE

told RAVI that "if we can try and look at [CHS#12's] capacity in her company and whatnot, I think that would be a tremendous boon for the state of California." SENATOR YEE said that he understood that RAVI was working with Well Tech on an immunization program, and said, "we should be supportive of that, uh, and hopefully it will be a fruitful, uh, relationship from them and California, and maybe there are other, uh, projects that we can engage them in." RAVI responded that this was just the question he wanted to ask and he was glad to hear that SENATOR YEE has a positive experience on this issue. SENATOR YEE said that he thought there were many other projects that [CHS#12] and her folks could really be working on, "so let's just see how that goes." SENATOR YEE thanked RAVI for his time. While RAVI and UCE 4773 were still on the line, SENATOR YEE asked UCE 4773 if UCE 4773 was okay. UCE 4773 said that he was and would call the senator back. **I believe this demonstrates probable cause for a violation of Title 18, United States Code, Sections 1343 and 1346, and Section 2, by SENATOR YEE and JACKSON.**

After the call with Ravi ended, UCE 4773 called SENATOR YEE and thanked him. UCE 4773 stated that Ravi had been trying to help them but that it had been moving slowly and Ravi had told him that anything to move it along would help. When UCE 4773 asked SENATOR YEE how everything else was going, SENATOR YEE said he was still trying to take care of the debt and it was taking a lot of time. SENATOR YEE then added that anything UCE 4773 could do would help with that.

UCE 4773 did not provide a campaign donation to SENATOR YEE immediately after the October 18, 2012 phone call. Between November 14, 2012 and November 16, 2012, SENATOR YEE and KEITH JACKSON spoke on several occasions. During these conversations, SENATOR YEE complained about UCE 4773 asking for favors, but not giving anything in return. In a phone conversation between SENATOR YEE and KEITH JACKSON on November 14, 2012, JACKSON mentioned that he had just spoken to UCE 4773 and SENATOR YEE responded, "oh, good luck on that

114

one then, shit." KEITH JACKSON explained that the letter for Well Tech was important to UCE 4773 and asked SENATOR YEE for the letter, as a favor. SENATOR YEE responded that he talked to the guy [from the Public Health Department] and we're "still not fine. Now he wants the letter and we're still not going to be fine. There's always going to be something else." SENATOR YEE said that at this point, they would just raise the money without UCE 4773. When KEITH JACKSON pressed SENATOR YEE for the letter, SENATOR YEE asked what guarantees they had that UCE 4773 was not going to screw them again. SENATOR YEE went on to say, "but this guy is just jerking us around, man. Two months and [unintelligible] nothing. And then later he says okay, talk to the guy ... I already talked to the guy and then now, uh, you know, then the letter. When it is going to end?" KEITH JACKSON continued to press for the letter, and SENATOR YEE said he would work on it.

During a telephone conversation between SENATOR YEE and KEITH JACKSON on November 16, 2012, JACKSON asked about the letter and SENATOR YEE said it had to go through the "rules people." JACKSON said if they could just get the letter, then UCE 4773 would do what he needs to do. SENATOR YEE responded, "[y]eah, well, you just tell [UCE 4773] to just do it. Come on, [UCE 4773]." SENATOR YEE complained that he was busy and "there's got to be some trust around here man, shit." He compared it to dating a woman, saying that you do this and I'll do that. SENATOR YEE wondered whether UCE 4773 understood that if SENATOR YEE did not succeed, then UCE 4773 would not have access. SENATOR YEE then referred to the eight years he would be in charge if he becomes Secretary of State.

During a phone conversation with KEITH JACKSON on November 16, 2012, UCE 4773 that he could not transfer enough money so he would have UCE 4599 give the money to JACKSON for SENATOR YEE.

On November 19, 2012, KEITH JACKSON met with UCE 4599 at the Waterbar restaurant in San Francisco. UCE 4599 paid JACKSON $10,000 cash on behalf of UCE 4773. JACKSON stated that the money would be helpful in retiring SENATOR YEE's campaign debt. UCE 4599 told JACKSON that UCE 4773 called him and asked him to do this favor. UCE 4599 said that UCE 4773 wanted to remind JACKSON that he was still waiting on "some letter." JACKSON responded, "[y]eah I got it." JACKSON reassured UCE 4599 that he had spoken with SENATOR YEE several times over the previous days and the letter was forthcoming.

On November 23, 2012, SENATOR YEE spoke to an aide who was keeping track of and accounting for campaign donations. SENATOR YEE verified that the aide had received the $10,000 from [UCE 4773].

On January 13, 2013, KEITH JACKSON sent via e-mail to UCE 4773 the final version of the letter on behalf of Well Tech from SENATOR YEE. JACKSON's e-mail message to UCE 4773 stated: "Hi [UCE 4773], Please find the letter attached from the Senator and feel free to contact me for any questions or comments. Thanks, Keith" The letter attached to the e-mail message was on the California State Senate letterhead of Senator Leland Y. Yee, Ph.D., Eighth Senate District; dated January 11, 2013; and addressed to Sonja Schmidt at Well Tech. The letter read as follows:

Dear Ms. Schmidt,

I was pleased to meet you and your associates again. I am also excited that you have located your business in California.

As I said in our meeting, your technology expertise is most needed in the State. Your ability to have computer systems communicate across agencies, departments, and jurisdictions increases the utility of information.

As a small and woman owned business, I encourage you to bring your skills to address the various challenges in California by competing for various government contracts.

I wish you the best. Please call if I can be of further assistance.

116

1    Sincerely,

2    Senator Leland Y. Yee, Ph.D.

3    California State Senate

4    A handwritten signature appeared below the word "Sincerely."

5

6    ### The Bribe Involving a State Senate Proclamation for the Chee Kung Tong

7

8    At the November 19, 2012 meeting between UCE 4599 and KEITH JACKSON, UCE 4599 not

9    only paid the $10,000 campaign donation requested by SENATOR YEE and KEITH JACKSON of

10   UCE 4773.  During the meeting, UCE 4599 raised an issue relating to Raymond "Shrimpboy" CHOW

11   and an ankle monitoring device that CHOW was wearing.  UCE 4599 said he wanted to help CHOW

12   have the monitoring device removed, and asked KEITH JACKSON if he knew anyone in Sacramento

13   who could assist.  KEITH JACKSON said he thought SENATOR YEE could make a call on CHOW's

14   behalf, but CHOW would also need a good attorney.  KEITH JACKSON told UCE 4599 that the

15   $10,000 he just provided would be helpful in paying off SENATOR YEE's campaign debt.  KEITH

16

17   JACKSON said he had asked if UCE 4773 could assist in paying off the remaining $5,000 in debt, but

18   UCE 4773 declined.  UCE 4599 told KEITH JACKSON that he – UCE 4599 -- would be willing to

19   assist SENATOR YEE in retiring the remainder of his debt if Senator YEE was willing to assist CHOW.

20   JACKSON said he would discuss it with SENATOR YEE.

21

22   SENATOR YEE and KEITH JACKSON spoke by telephone later the same day.  JACKSON

23   told SENATOR YEE that "our friend Raymond" needed some help.  They agreed to talk the next day.

24   The following day, November 20, 2012, KEITH JACKSON and SENATOR YEE spoke by

25   telephone again.  SENATOR YEE told JACKSON that on the following Monday, "we're going to put

26   out a statement saying that we're going to run, we're going to open the account on Monday, and, um,

27   and we're gonna start raising money for the Secretary of State.  And your guys man, shit, they better

28

117

hurry up because we met with that technology guy. Shit." JACKSON advised SENATOR YEE that he received the money the previous day.

KEITH JACKSON told SENATOR YEE that he had a guy who wanted to help out CHOW by having SENATOR YEE put a call in for him. SENATOR YEE asked who JACKSON's guy was and JACKSON responded that it was a business partner of UCE 4773, [UCE 4599]. JACKSON stated that somebody, maybe the FBI, had CHOW "by the balls." JACKSON then asked SENATOR YEE if he could talk on his private line, and SENATOR YEE called JACKSON back on one of his home telephone lines. JACKSON advised SENATOR YEE that UCE 4599 would clear up the rest of the debt, but wanted to know if SENATOR YEE could put in a good word for CHOW somewhere down the line. SENATOR YEE expressed concern because CHOW wanted to publicize and glamorize his life through a book and movie, and added, "[y]ou know, some people still think that he killed that Allen Leung guy." In a follow-up telephone conversation between SENATOR YEE and JACKSON later the same day, SENATOR YEE said that CHOW is a gangster, part of a Tong, and should lay low. SENATOR YEE finally said, "shit, as much as I want that five thousand, I can't do that man. Shit. Fuck. Shit."

During a phone conversation on December 3, 2012, KEITH JACKSON spoke to UCE 4599 about the prospect of SENATOR YEE helping CHOW. JACKSON told UCE 4599 that SENATOR YEE believed CHOW should "just chill" right now. Then, if things calm down for a while, SENATOR YEE would "be ready to step in."

On December 7, 2012, KEITH JACKSON met with UCE 4599 in San Francisco. JACKSON stated that he had a conversation with SENATOR YEE in which JACKSON described UCE 4599 as a "good guy" and advised SENATOR YEE that he should meet UCE 4599. JACKSON said that he hoped to quickly raise $50,000 for SENATOR YEE's Secretary of State campaign, and wanted UCE 4599's assistance. Later in the conversation, while discussing CHOW, JACKSON apologized for SENATOR YEE being unable to assist CHOW pursuant to UCE 4599's request. JACKSON stated, "[h]e wants to

help. Leland, uh, he tries to be so conservative sometimes." UCE 4599 told JACKSON that he understood the request may be too risky for SENATOR YEE.

On January 22, 2013, UCE 4599, SENATOR YEE, and KEITH JACKSON had drinks at the Waterbar restaurant in San Francisco. This was SENATOR YEE's first introduction to UCE 4599. UCE 4599 described himself as being in private wealth management. SENATOR YEE asked UCE 4599 how he knew CHOW and UCE 4599 answered that he had met CHOW through a close associate in New York and that his organization was thinking about bankrolling CHOW's book and movie deals. SENATOR YEE stated that CHOW needed to stay low-key. UCE 4599 told SENATOR YEE that he wanted to get a proclamation from SENATOR YEE's office acknowledging the CHEE KUNG TONG's 165th anniversary. SENATOR YEE said he could do that for the association. He added that he was concerned CHOW would hold a press conference about it. JACKSON assured SENATOR YEE that CHOW would not do that. SENATOR YEE stated "what we have to do on our side is be careful ... you know, because uhm, this guy [CHOW] told on his friends." [This was likely a reference to an earlier federal prosecution of CHOW during which CHOW cooperated with the authorities in exchange for a reduced sentence]. After SENATOR YEE left the meeting, JACKSON told UCE 4599 that SENATOR YEE "wants to be safe." UCE 4599 told JACKSON if SENATOR YEE provided the proclamation on behalf of the Tong, UCE 4599 would write a check.

On February 12, 2013, SENATOR YEE and KEITH JACKSON spoke on the telephone. SENATOR YEE instructed JACKSON to "start collecting the checks" from UCE 4599 "now."

On February 14, 2013, KEITH JACKSON called UCE 4599 and told him that SENATOR YEE was going to do the proclamation and bring it to the CHEE KUNG TONG celebration dinner which was being held on March 29, 2013. UCE 4599 responded, "[y]ou told him I'll give him a check then, right? Or shortly thereafter?" JACKSON stated "yeah, whatever, we'll do something afterwards. I just wanta try to do a fundraiser for him."

SENATOR YEE and KEITH JACKSON spoke on the morning of February 26, 2013 and discussed the fact that SENATOR YEE's competitor in the Secretary of State race was ahead in fundraising. JACKSON discussed UCE-4599 having "three guys that would do $6,800." SENATOR YEE replied, "[s]o if he if he can get, if he can get ten man, that would be 60,000, that would be great, that would really help us." When JACKSON asked what Senator YEE meant, SENATOR YEE clarified that he would like UCE 4599 to get "ten individuals at 6,800 each."

Later the same day, KEITH JACKSON spoke to UCE 4599 on the telephone. UCE 4599 asked, "[g]ot that cat up in Sacramento working for me or what? Is he going to do that thing?" JACKSON responded, "[g]ot the proclamation, put it in a nice little glass kind of thing. He [SENATOR YEE] won't be there because he has a fundraiser in LA, but he's going to send it [unintelligible] with [a staff member] and [he'll/she'll] present it. Is that cool?" UCE 4599 responded, "[h]ey man, that's all right with me."

Later on February 26, 2013, KEITH JACKSON and SENATOR YEE spoke again and SENATOR YEE said, "[o]n Shrimpboy ... [y]ou just got to be careful, [UCE-4599] supports him. That's okay, I don't care. But, you know, let's not get too close, okay?" JACKSON responded, "[y]eah, just ah, you do a proclamation, right?" SENATOR YEE said, "No, we're going to do a proclamation, don't tell anybody, but we're going to do a proclamation not to Shrimpboy, but to the organization." JACKSON said, "[y]eah, that's what he wants." SENATOR YEE then said, "No, no, but, but, I mean, in general, because he's still hot stuff. I just talked to some of the you know people who, you know, in the families, and, you know, he's still hot stuff. So we just gotta be careful, man."

On March 6, 2013, KEITH JACKSON spoke on the phone with CHOW. CHOW said, "I heard Leland is going to be busy. He cannot come to my function." JACKSON replied, "Yeah, I know. He's going to be out of town. He's going to send his staff. He's going to give a plaque to the organization." CHOW said, "Oh, ok." JACKSON added, "Yeah. You don't want it to you, right? You don't want it

to you.  You just want it to the organization right?"  CHOW responded, "Yeah, to my organization and also to my members from New York."

On March 29, 2013, one of SENATOR YEE's staff members attended the CHEE KUNG TONG anniversary celebration dinner at the New Asia Restaurant in Chinatown and presented a framed proclamation on California State Senate letterhead.  In presenting the proclamation, the staff member said that he/she was officially presenting the proclamation from SENATOR YEE.  CHOW was one of the attendees at the dinner.

During April 2013, SENATOR YEE and KEITH JACKSON continued to have telephone discussions about the money they expected from UCE 4599. On April 30, 2013, JACKSON and SENATOR YEE discussed to whom UCE 4599 should make the check payable.  SENATOR  YEE said it should be made payable to "Leland Yee Secretary of State."

On April 30, 2013, UCE 4599 and KEITH JACKSON exchanged text messages in order to coordinate a meeting so that UCE 4599 could deliver the check.  The following day, on May 1, 2013, JACKSON texted UCE 4599 and advised him to make the check out to "Leland Yee. For Secretary of State." JACKSON sent and received these text messages via his T-Mobile account. T-Mobile has confirmed that any such text messages would have been routed electronically through the state of Washington. JACKSON was located in San Francisco when he sent the May 1, 2013 text. **I believe this demonstrates probable cause for a violation of Title 18, United States Code, Sections 1343 and 1346, and Section 2, by SENATOR YEE and JACKSON.**

On May 6, 2013, UCE 4599 met with KEITH JACKSON and his son, BRANDON JACKSON. During the meeting, UCE 4599, KEITH JACKSON, and BRANDON JACKSON discussed a weapons deal.  In addition, UCE 4599 delivered a check to JACKSON for $5,000 made payable to "Leland Yee Secretary of State."  UCE 4599 told JACKSON he believed CHOW was happy with the presentation of the proclamation to the CHEE KUNG TONG.

On May 9, 2013, KEITH JACKSON called UCE 4599 and then handed the phone to SENATOR YEE. SENATOR YEE thanked UCE 4599 for the donation, and said they should sit down together and keep the relationship. UCE 4599 told SENATOR YEE that he was welcome and added that if he could do anything else for SENATOR YEE, SENATOR YEE should let him know. SENATOR YEE responded that he wanted to make sure UCE 4599 was comfortable working with JACKSON. UCE 4599 said that he was.

On June 6, 2013, UCE 4599 had dinner with KEITH JACKSON and SENATOR YEE. During a conversation about CHOW and CHOW's desire to make a movie and/or book about his life, UCE 4599 told SENATOR YEE that he appreciated the proclamation, saying it was a "nice gesture." The following day, JACKSON and SENATOR YEE spoke on the telephone about UCE 4599 and why he wanted to stay invisible. SENATOR YEE joked that UCE 4599 must have drug money. JACKSON told SENATOR YEE that UCE 4599 wanted to do more, "he wants to help you." SENATOR YEE responded, "yeah, man, yeah, so you should just tell him to start getting us the money man, that's all."

During a telephone conversation with KEITH JACKSON on July 4, 2013, SENATOR YEE asked if UCE 4599 had given JACKSON "more stuff yet." SENATOR YEE then clarified: "I mean checks and so on?"

On July 11, 2013, UCE 4599 gave KEITH JACKSON a check for $1,800 made payable to "Leland Yee for Secretary of State." That same day, JACKSON told SENATOR YEE about UCE 4599's check.

### Bribe Involving Medical Marijuana Legislation

During the course of the investigation, another undercover FBI agent, UCE 4180 was introduced to SENATOR YEE and KEITH JACKSON. UCE 4180 represented himself as a businessman involved in the medical marijuana business in Arizona. He told SENATOR YEE and JACKSON that he was seeking to expand to California and was particularly interested in statewide legislation in California that

would regularize the industry and contain provisions that would be favorable to his business model.

UCE 4180 told SENATOR YEE and JACKSON that he was prepared to make contributions to

SENATOR YEE's Secretary of State campaign in exchange for SENATOR YEE introducing UCE 4180

to state legislators who had a role in medical marijuana legislation and for SENATOR YEE's support of

UCE-4180's interests.

On March 14, 2013, an FBI confidential human source (CHS#11) who was posing as a business

associate of UCE 4773, introduced UCE 4180 to SENATOR YEE at a face-to-face meeting in a

Starbucks at the Marriott Marquis hotel in San Francisco.  UCE 4180 told SENATOR YEE and

JACKSON, who was also present, that he wanted to be the "Anheuser-Busch" of medical marijuana.

UCE 4180 said he wanted to be able to come to California and operate legally under legislation allowing

him to do so. SENATOR YEE said that he knew Asian farmers who grew marijuana and Vietnamese

individuals who sold to dispensaries.  SENATOR YEE said that he was pessimistic that any legislation

would happen this year.  However, if it did, it would be by ballot initiative, and as Secretary of State, he

could help with ballot initiatives.  CHS#11 mentioned that JACKSON asked him about retiring some of

SENATOR YEE's debt.  UCE 4180 stated that he would like to see something done about the debt so

that SENATOR YEE could focus his efforts on UCE 4180's concerns.

In a follow-up call later the same day, KEITH JACKSON told CHS #11 that if UCE 4180

wanted to help retire SENATOR YEE's mayoral campaign debt, CHS #11 could put money in

JACKSON's account, and then JACKSON would take care of it.  JACKSON said that SENATOR YEE

would know the money came from UCE 4180.

On March 20, 2013, UCE 4180 arranged for a cash deposit of $2,500 to KEITH JACKSON's

bank account.  That same day, CHS #11 talked with JACKSON and JACKSON indicated he knew the

money was from UCE 4180 to help clear Senator YEE's mayoral debt and have Senator YEE focus on

UCE-4180's needs.

On April 6, 2013, KEITH JACKSON, UCE 4180, and CHS #11 met at a fundraiser for SENATOR YEE at a banquet hall in San Francisco. JACKSON acknowledged UCE 4180's payment and stated "he greatly appreciates it," referring to SENATOR YEE. UCE 4180 stated that "the state is going to have to take a stand" regarding medicinal marijuana legislation, to which JACKSON replied "and he's willing to play the game," again referring to SENATOR YEE. UCE 4180 responded that that was the statement he was looking for, and it meant "we can get into business together."

As people left the fundraiser, SENATOR YEE joined the group and ushered them to a table at the end of the banquet hall. UCE 4180 explained to SENATOR EE his long-term operation plan and his interest in state legislation. SENATOR YEE stated that since their last meeting, he met with his friend who is the executive director of a marijuana dispensary and learned all about how it works. SENATOR YEE told UCE-4180 that a state legislator, hereafter referred to as State Senator 1, was in an oversight position on the issue of medical marijuana legislations. During this meeting, SENATOR YEE said that he did not want to gain personally or financially from any venture with UCE 4180, but rather he was in it to help his friends. At one point, UCE 4180 asked SENATOR YEE, "how do we get you elected?" SENATOR YEE responded, "I'm going to leave that to what you think you can handle. But whatever fundraising you can do, I would appreciate it." After SENATOR YEE left the conversation, UCE 4180 asked what he gets for his money, and JACKSON responded "access to him," referring to SENATOR YEE. CHS #11 told UCE 4180 that he had been asked for $50,000 for SENATOR YEE's campaign. JACKSON told UCE 4180 that he needed somebody on the state level who can push the legislation, someone "who is not afraid to push it."

On April 8, 2013, KEITH JACKSON spoke with CHS #11 and told him that SENATOR YEE thought UCE 4180 was a great guy and SENATOR YEE was ready to move forward. JACKSON stated he was in SENATOR YEE's office at the time. Later in the day, during another conversation between JACKSON and CHS #11, JACKSON stated that SENATOR YEE wanted to see if UCE 4180 could

raise $20,000 for the Secretary of State campaign.  JACKSON said UCE 4180 would have to "float" the money through JACKSON and then JACKSON would "do what I do."

On April 24, 2013, UCE 4180 spoke with KEITH JACKSON and asked if JACKSON had a bank account where he could deposit a small donation to SENATOR YEE to show "good faith." JACKSON stated he would text an account number and also assured UCE 4180 that his name would never be associated with Senator YEE's campaign. UCE-4180 asked if he made a large donation, "what are the deliverables ... associated with that?" JACKSON advised UCE 4180 that SENATOR YEE was ready and willing to grab the issue of medical marijuana.  JACKSON said he would provide specific outcomes when UCE 4180 came to California.  Later that day, FBI agents observed SENATOR YEE and JACKSON meeting.

The next day, April 25, 2013, KEITH JACKSON sent a text-message to UCE-4180 via JACKSON's T-Mobile account which read, "Good Morning, [UCE 4180], per your request, here is my account info ... Jackson Consultancy Bank of America [account number] ..." and also provided his business address in San Francisco.  2075 California Street San Francisco Ca, 94109."  Per information received from T-Mobile, transmission of this text message would have been routed through Washington state.  JACKSON was located in San Francisco, California when he sent the text.  **I believe this demonstrates probable cause for a violation of Title 18, United States Code, Sections 1343 and 1346, and Section 2, by SENATOR YEE and JACKSON.**

Later the same day, KEITH JACKSON advised UCE 4180 that SENATOR YEE wanted to have a private conversation with UCE 4180 when UCE 4180 came out to visit in May. JACKSON stated that he had spoken with SENATOR YEE and SENATOR YEE was going to be as helpful as he could. During this call, UCE 4180 also confirmed that he had received JACKSON's text message with his bank account information.

On April 29, 2013, UCE 4180 made a direct cash deposit of $3,000 into KEITH JACKSON's bank account.

On May 9, 2013, CHS #11 met with KEITH JACKSON and SENATOR YEE at the Starbucks in the Marriott Marquis hotel in San Francisco. During the meeting, CHS #11 asked to speak with SENATOR YEE privately, at which point JACKSON got up and left the table for a few minutes. When CHS #11 mentioned to Senator YEE that UCE 4180 had given a total of $5,500 intended for SENATOR YEE, SENATOR YEE replied, "I haven't gotten any of that." Regarding UCE 4180, Senator YEE stated that he is a politician, he is not going to jail, he is going to play strictly by the rules, and the rules say that he cannot make money. Senator YEE added that the donation is to help get him elected. Senator YEE told CHS #11: "By helping me get elected means, I'm gonna take actions on your behalf. That's one thing you gotta understand."

On May 10, 2013, CHS #11 spoke on the telephone with SENATOR YEE. Due to technical issues, this call was not recorded. CHS #11 asked SENATOR YEE to contact State Senator 1 in order to express SENATOR YEE's support for legislation which would require medical marijuana dispensaries to have a medical doctor on staff. CHS #11 informed SENATOR YEE that it would benefit UCE 4180 if state legislation set high barriers of entry, such as requiring a medical doctor on staff, that would make it more difficult for small operators to open a business. CHS #11 offered SENATOR YEE $10,000 to $15,000 if SENATOR YEE was willing to make the call to State Senator 1. According to CHS #11, SENATOR YEE agreed although he said that he could not make money for himself as part of the arrangement.

On May 11, 2013, KEITH JACKSON and SENATOR YEE spoke on the telephone and discussed SENATOR YEE's meeting with CHS #11. JACKSON asked SENATOR YEE if he had made a call to State Senator 1 yet. Senator YEE responded, "[s]hit. That's pay to play and you can't do that.

You cannot connect. You could go to jail for that. ... They got to understand, it's about the long term. It's not about the short term."

On May 14, 2013, SENATOR YEE and KEITH JACKSON spoke on the phone again. SENATOR YEE told JACKSON that he had not talked to State Senator 1 yet, but asked if UCE 4180 [ or CHS 11] was "going to give us the, the stuff or not." JACKSON responded, "[y]eah, yeah, I think once, once he gets, you know, that the first issue [State Senator 1]. The second issue, I think he, after that he'll do whatever he needs to do. And so, he was still confused, so Leland, I think the best thing for these guys to do is go ahead and just write a check for 6,800 bucks." SENATOR YEE responded, "[y]eah, yeah, they should, they should be doing that, right? ... That's what we want them to do." Later in the discussion, SENATOR YEE mentioned CHS #11 again and said: "Just give me the goddam money, man shit," ... "you should just tell them, write some fucking checks, man." At one point in the conversation, JACKSON asked Senator YEE, "[i]s that hard to do with [State Senator 1]?" Senator YEE responded: "No, I mean, I, I, I can ask him, you know, um, about the, uh, you know when we're going to do uh, what uh, these uh medicinal marijuana, you know we got to have doctors there, and I'll just ask, and he says yeah, that's fine, I'll just yeah ... But I need to see him." Senator YEE said that he expected to see State Senator 1 that day.

On May 16, 2013, SENATOR YEE again instructed KEITH JACKSON to get money out of CHS #11 and UCE 4180. SENATOR YEE told JACKSON that SENATOR YEE thought what he could do regarding UCE 4180 is "be sorta the bad guy and say, look, you know [UCE 4180], you know, I can't do pay to play. You know, I mean, this is a long-term investment, uhm, you know, I wanna work with you. I think you're a great guy, I think we can really help each other, but the only way you're gonna, I'm gonna be able to help you, long-term, is if I become Secretary of State."

On May 17, 2013, UCE 4180 and another FBI undercover employee, UCE-3357, posing as UCE 4180's business partner, met with KEITH JACKSON, SENATOR YEE, and a guest of SENATOR YEE

for dinner at Alexander's Steakhouse in San Francisco.  During the dinner, UCE 4180 discussed CHS #11's offer to pay $10,000 to SENATOR YEE to reach out to State Senator 1.  SENATOR YEE stated he was not interested in money, but rather wanted his friends to benefit from his work. Not long after SENATOR YEE made that statement, UCE 4180 gave SENATOR YEE an envelope containing $5,000 in cash.  SENATOR YEE asked, "[i]s there a check?" and UCE 4180 stated, "[i]t's not a check . . . I thought we already discussed that.  I don't do checks."  SENATOR YEE and JACKSON then went on to discuss UCE 4180's interests in medical marijuana legislation in California.  UCE 4180 provided JACKSON and Senator YEE with a written proposal purported to have been prepared by a political consulting agency that suggested provisions UCE 4180 wanted to see in medical marijuana legislation, such as having a doctor available for consultation on-site.

On the evening of May 20, 2013, SENATOR YEE and JACKSON spoke on the phone and arranged to meet at a coffee shop in San Francisco.  Approximately thirty minutes later, JACKSON telephoned UCE 4180 and told UCE 4180 that he was with SENATOR YEE.  JACKSON then gave the phone to SENATOR YEE.  SENATOR YEE told UCE 4180 that he wanted to give UCE 4180 "the update," and went on to inform UCE 4180 about the status of two bills pertaining to medical marijuana pending in the California Assembly and Senate.  UCE 4180 was located in Phoenix, Arizona during this call.  During the evening of the same day, FBI agents observed JACKSON and Senator YEE meeting at a coffee shop in San Francisco.  **I believe this demonstrates probable cause for a violation of Title 18, United States Code, Sections 1343 and 1346, and Section 2, by SENATOR YEE and JACKSON.**

On May 27, 2013, SENATOR YEE and KEITH JACKSON spoke on the telephone about how they could set up some meetings for UCE 4180 in Sacramento.  JACKSON and SENATOR YEE agreed to discuss the subject further in person.  Later that evening, at approximately 6:55 p.m., FBI agents observed JACKSON and SENATOR YEE meeting at a Starbucks in San Francisco.

On June 4, 2013, the FBI conducted a search warrant at the Senate office of California State Senator Ron Calderon in Sacramento. The same day, SENATOR YEE and KEITH JACKSON spoke on the phone about the search. SENATOR YEE told JACKSON, "[y]eah man, got to be really, real careful. Got to double check, triple check everything." The next day, SENATOR YEE again instructed JACKSON to be careful and that they needed to talk to UCE 4180 and instruct him: "[y]ou gotta be careful about this stuff. This big stuff."

On June 7, 2013, UCE 4180 sent an e-mail to KEITH JACKSON stating that he was frustrated with JACKSON and what JACKSON had produced so far. UCE-4180 wrote that he had paid money to JACKSON and SENATOR YEE and so far there was nothing motivating UCE 4180 to pay more. UCE 4180 asked JACKSON to have SENATOR YEE set up a meeting with other legislators on the medical marijuana issue.

Later the same day, KEITH JACKSON e-mailed UCE 4180 to let him know that SENATOR YEE had set up a meeting with State Senator 1 in Sacramento on June 20, 2013 to discuss the issue of medical marijuana.

On June 9, 2013, SENATOR YEE and KEITH JACKSON had a conference call with UCE 4180. Senator YEE stated that it was tense in the Capitol right now and that you had to assume everyone was "wearing a wire." SENATOR YEE went on to say that he was going to try to keep helping UCE 4180, and added that medical marijuana was a long-term issue and would probably be dealt with by the next generation of legislators. UCE 4180 asked that SENATOR YEE set up a meeting with a specific legislator, to which SENATOR YEE responded that he would see what he could do. However, SENATOR YEE discouraged UCE 4180 from meeting that particular legislator because that legislator lacked the political clout to make a difference. Alternatively, SENATOR YEE offered to set up a meeting with State Senator 1.

On June 20, 2013, UCE 4180, UCE 3357, SENATOR YEE, and KEITH JACKSON met in SENATOR YEE's Senate office in Sacramento, California.  During the meeting, SENATOR YEE discussed the difficulty of passing medical marijuana legislation in California.  SENATOR YEE stated he had set up a meeting with State Senator 1.

At the meeting on June 20, 2013, UCE 4180 told SENATOR YEE he was willing to make campaign contributions to secure the support of legislators.  SENATOR YEE responded by stating, "[y]ou can't do that, man, you go to jail for that." SENATOR YEE explained that you cannot link contributions with any items, bills or amendments.  At the end of the meeting, SENATOR YEE asked UCE 3357 to keep UCE 4180 in check because he could get them all in trouble.  SENATOR YEE then accompanied UCE 4180, UCE 3357 and JACKSON on the walk to a nearby café to meet with State Senator 1. During the walk, SENATOR YEE stated, "I'm just trying to run for Secretary of State, I hope I don't get indicted."

On June 20, 2013, UCE 4180, UCE 3357, SENATOR YEE and KEITH JACKSON met with State Senator 1 at a café in Sacramento.  SENATOR YEE told State Senator 1 that the UCEs were interested in the medical marijuana issue, and were seeking high barriers to entry. SENATOR YEE explained how he was "warming up" to the issue of medical marijuana because sick people in his community needed it.

The next day, on June 21, 2013, KEITH JACKSON met with UCE 4180 and UCE 3357 in the UCEs' hotel room in San Francisco. JACKSON told UCE 4180 that SENATOR YEE was nervous about discussing money in front of the people with whom they had meetings.  UCE 4180 said he understood and asked if he could talk money with SENATOR YEE directly, in private.  JACKSON responded, "[a]s long as we have it among ourselves, we're cool."  JACKSON said SENATOR YEE wanted to be helpful, and JACKSON would have to spend a lot of time in Sacramento having meetings. JACKSON also agreed to attempt to set up meetings with additional legislators.  UCE 4180 stated that

he would give cash commensurate with performance. Later in the meeting, UCE 4180 declared that he only wanted to give cash in exchange for SENATOR YEE's actions [as opposed to checks], because "it's not legitimate money." UCE 4180 told JACKSON that he would provide additional money in order to assist in breaking up the cash donations. JACKSON responded, "I'll have a conversation with him tonight," but advised "[t]hey watch everything you do and how you document it." JACKSON stated "I've got to talk to [SENATOR YEE's] guy and figure it out." JACKSON stated, "Leland will play, but he gets kinda nervous in conversations around certain people."

The following day, June 22, 2013, SENATOR YEE and KEITH JACKSON met with UCE 4180 and UCE 3357 in the UCEs' hotel room in San Francisco. This meeting was consensually recorded on both audio and video. The group discussed the status of medical marijuana policy and the politics of state marijuana regulation. UCE 4180 took an envelope containing $11,000 in cash and put it on the table in front of SENATOR YEE and JACKSON. UCE 4180 stated, "[t]his is a campaign donation and Keith and you can talk about that. That's for the meeting with [State Senator 1]." UCE 4180 said his contributions were "not coming in the form of checks." The envelope remained on the table for the duration of the meeting. The conversation during the meeting focused for the most part on a pending bill on another topic in which SENATOR YEE thought UCE 4180 would be interested. As SENATOR YEE and JACKSON got up to leave, SENATOR YEE made a gesture to JACKSON toward the envelope of cash, but JACKSON did not see the gesture. SENATOR YEE then walked over to JACKSON, tapped him on the back, again gestured to the envelope, and said, "[t]ake that." JACKSON picked up the envelope. SENATOR YEE said that JACKSON would walk him to his car and return.

When KEITH JACKSON returned to the room, he advised the UCEs that SENATOR YEE was willing to move forward and be helpful, including arranging to set up a meeting with the legislator with whom UCE 4180 had requested a meeting. UCE 4180 stated that he was willing to make campaign donations for meetings that will help his agenda. JACKSON responded, "on that note…" and continued

by saying that SENATOR YEE was asking for a little bit more; they were trying to reach $45,000. UCE 4180 said he understood, but added that they only had one meeting with someone of value.

During a telephone conversation on July 4, 2013, SENATOR YEE complained to KEITH JACKSON about UCE 4180 nickel and diming them, and that it was too close to pay to play. JACKSON asked whether they should just let UCE 4180 go. SENATOR YEE asked whether UCE 4599 had produced any more checks. SENATOR YEE then told JACKSON that he should get his son [BRANDON JACKSON] to open a dispensary so that if UCE 4180 does what he says he wants to do in California, UCE 4180 could then buy out JACKSON's son. SENATOR YEE stated that $20,000 to $40,000 in campaign contributions is chump change when there is millions of dollars to make and invest in. SENATOR YEE concluded by telling JACKSON to tell UCE-4180,"[t]ime's ticking away, you know, I mean, we need to get the dollars now so that we can get those checks out man."

On July 13, 2013, SENATOR YEE, KEITH JACKSON, UCE 4180, and UCE 3357 attended an event at which SENATOR YEE briefly introduced the UCEs to another legislator, referred to herein as Legislator 1.

During a telephone conversation on July 15, 2013, SENATOR YEE complained to KEITH JACKSON that UCE 4180 came all the way out to California – referring to the meeting on July 13 -- and "he didn't give us anything," and "[t]hat's so wrong, man." The same day, JACKSON spoke with UCE 4180 and expressed frustration. UCE 4180 stated he was used to results and therefore, from this point forward, he would pay on a per-meeting basis.

After KEITH JACKSON spoke with UCE 4180, he spoke with SENATOR YEE on the telephone. SENATOR YEE complained about all the time he wasted with UCE 4180 and said they should go their separate ways. JACKSON then stated that he also thought he was going to walk away from UCE 4180, to which SENATOR YEE told him to do what he needed to do. SENATOR YEE continued, "[i]t's just that, you know, the guy's just dragged, for all the stuff we've done, huh? What

1   have we come up with, $15,000? ... $15,000 man, shit. For what we did man? Shit. You know, we got

2   him close to uh, [State Senator 1]. We got him close to [Legislator 1].

3       On July 21, 2013, KEITH JACKSON told UCE 4180 that SENATOR YEE wanted to continue

4   to work with UCE 4180, but that SENATOR YEE was concerned because UCE 4180 did not pay

5   anything on his most recent trip to California. UCE 4180 pointed out that he has paid $30,000 for one

6   meeting and one introduction that did not count. JACKSON explained that SENATOR YEE did not

7   want money every time UCE 4180 comes out to California, but UCE 4180 committed to $50,000 and

8   SENATOR YEE wanted to make sure "we get there." JACKSON stated if UCE 4180 gave $25,000 in

9   August, everyone would be happy.

10

11      On August 26, 2013, UCE 4180, UCE 3357, SENATOR YEE and KEITH JACKSON met with

12  State Senator 2 in Sacramento. SENATOR YEE introduced UCE 4180 and explained what UCE 4180's

13  interests were. UCE 4180 also explained his interests. During the meeting, SENATOR YEE advocated

14  for UCE 4180's position of heavy regulation of medical marijuana, saying at one point, if medical

15  marijuana is going to become mainstream, "[y]ou've got to have those kind of barriers" that UCE-4180

16  wants.

17

18      On September 17, 2013, KEITH JACKSON met with UCE 4180 at the Marriott Marquis Hotel

19  in San Francisco. JACKSON said that SENATOR YEE was upset because UCE 4180 had not paid for

20  the meeting with State Senator 2. In response, UCE 4180 showed JACKSON $10,000 cash which he

21  said was for the meeting. UCE 4180 wanted to meet SENATOR YEE to pay him the money. UCE 4180

22  told JACKSON that he also wanted to offer SENATOR YEE and JACKSON ownership in UCE 4180's

23  medical marijuana business in exchange for introducing a new marijuana bill. UCE 4180 explained that

24  the stock would be worthless without the bill being introduced and passed. JACKSON and UCE-4180

25  then arranged to meet Senator YEE later that evening.

26

27

28

On the evening of the same day, September 17, 2013, SENATOR YEE and KEITH JACKSON met with UCE 4180 at a restaurant in San Francisco's Chinatown. UCE 4180 told SENATOR YEE that he was paying for the meetings and handed an envelope with $10,000 cash to JACKSON while telling SENATOR YEE that the playing field was now level (referring to the meeting with State Senator 2). UCE 4180 asked SENATOR YEE how much he would want to introduce marijuana legislation. SENATOR YEE said that he would have to think about the number. UCE 4180 proposed giving SENATOR YEE and JACKSON stock in his company for the legislation and that SENATOR YEE's stock would be in JACKSON's name. SENATOR YEE said he thought that UCE 4180 wanted SENATOR YEE to navigate the political landscape and not introduce legislation. SENATOR YEE described the legislation as a "heavy lift," and asked for time to think about it.

On December 18, 2013, UCE 4180 spoke to KEITH JACKSON on the phone. JACKSON told UCE 4180 that JACKSON had not forgotten about UCE 4180 and the legislative session was about to start up. JACKSON said, "we need to come up with some strategy" because a lot of things are moving and there will be some new "political people" in charge. UCE 4180 asked JACKSON why he had not heard from JACKSON or SENATOR YEE for several months and JACKSON responded that the issue with Senator Calderon had caused people to lay low.

## III.   CONCLUSION

Based on the foregoing, I request that a Criminal Complaint issue for the Targets listed in Part B of Section I of this Affidavit, based upon Probable Cause as described in Section II of this Affidavit. In summary, as follows:

| Defendant | Date | Offense | Penalty |
|---|---|---|---|
| SIU | April 12, 2011 | 18 USC 1956(a)(3) | Up to 20 years prison; 3 years supervised release; $250,000 fine; $100 assessment |
| NIEH | April 13, 2011 | 18 USC 1956(a)(3) | Up to 20 years prison; 3 years supervised release; $100 assessment |
| CHOW, NIEH | July 14, 2011 | 18 USC 1956(a)(3) | Up to 20 years prison; 3 years supervised release; $250,000 fine; |

| | | | $100 assessment |
|---|---|---|---|
| CHOW, CHIU | August 1, 2011 | 18 USC 1956(a)(3) | Up to 20 years prison; 3 years supervised release; $250,000 fine; $100 assessment |
| CHOW, NIEH, JANE LIANG, TINA LIANG, TILTON | December 13, 2011 to March 9, 2012 | 18 USC 371, 2315, 2314 | Up to 5 years prison; 3 years supervised release; $250,000 fine; $100 assessment |
| NIEH, CHANTHAVONG | February 14, 2012 | 21 USC 841, 846 | Up to 5 years prison; 3 years supervised release; $250,000 fine; $100 assessment |
| CHOW, NIEH, PAU, YUN | May 22, 2012 | 18 USC 1956(a)(3) | Up to 20 years prison; 3 years supervised release; $250,000 fine; $100 assessment |
| CHOW, NIEH, MA, SO | September 8, 2012 to September 10, 2012 | 18 USC 371, 2315 | Up to 5 years prison; 3 years supervised release; $250,000 fine; $100 assessment |
| NIEH, CHANTHAVONG, LI | September 26, 2012 | 18 USC 922(a)(1) | Up to 5 years prison; 3 years supervised release; $250,000 fine; $100 assessment |
| NIEH, CHANTHAVONG, LI | September 26, 2012 | 18 USC 922(g)(1) | Up to 10 years prison; 3 years supervised release; $250,000 fine; $100 assessment |
| NIEH, CHANTHAVONG | October 2, 2012 | 18 USC 922(a)(1) | Up to 5 years prison; 3 years supervised release; $250,000 fine; $100 assessment |
| NIEH, CHANTHAVONG | October 2, 2012 | 18 USC 922(g)(1) | Up to 10 years prison; 3 years supervised release; $250,000 fine; $100 assessment |
| CHANTHAVONG | October 24, 2012 | 21 USC 841(a)(1)(B) | From 5 to 40 years; 4 years supervised release; $5,000,000 fine; $100 assessment |
| CHANTHAVONG | October 24, 2012 | 18 USC 924(c) | From 5 years to life consecutive; 5 years supervised release; $250,000 fine; $100 assessment |
| MEI | October 30, 2012 | 21 USC 841(a)(1)(B) | From 5 to 40 years; 4 years supervised release; $5,000,000 fine; $100 assessment |
| CHANTHAVONG, LI | January 23, 2013 | 18 USC 922(a)(1) | Up to 5 years prison; 3 years supervised release; $250,000 fine; $100 assessment |
| CHANTHAVONG, LI | January 23, 2013 | 18 USC 922(g)(1) | Up to 10 years prison; 3 years supervised release; $250,000 fine; $100 assessment |
| LI, NHINGSAVATH, MASTRANGELO, CHOW | April 16, 2013 to April 17, 2013 | 18 USC 1956(a)(1) | Up to 20 years prison; 3 years supervised release; $500,000 fine; $100 assessment |
| KEITH JACKSON, BRANDON JACKSON, SULLIVAN | September 20, 2012 to March 26, 2014 | 21 USC 846 | From 10 years to life prison; at least 5 years supervised release; $10,000,000 fine; $100 assessment |
| KEITH JACKSON, BRANDON JACKSON, | June 25, 2013 | 18 USC 922(a)(1) | Up to 5 years prison; 3 years supervised release; $250,000 fine; $100 assessment |

| | | | |
|---|---|---|---|
| SULLIVAN | | | |
| CHOW, NIEH, PAU, YUN | July 18, 2013 to July 23, 2013 | 18 USC 371, 2315, 2342(a) and 2344 | Up to 5 years prison; 3 years supervised release; $250,000 fine; $100 assessment |
| ROEUN | August 28, 2013 | 18 USC 1958 | Up to 10 years prison; 3 years supervised release; $250,000 fine; $100 assessment |
| CHOW, NIEH, ELAINE LIANG, GEE | September 9, 2013 to September 12, 2013 | 18 USC 1956(a)(1) | Up to 20 years prison; 3 years supervised release; $500,000 fine; $100 assessment |
| LI, CHANTHAVONG | September 18, 2013 | 21 USC 846 | Up to 5 years prison; 3 years supervised release; $250,000 fine; $100 assessment |
| ELAINE LIANG, GEE, CHEN, LAI | October 15, 2013 to October 16, 2013 | 18 USC 1956(a)(1) | Up to 20 years prison; 3 years supervised release; $500,000 fine; $100 assessment |
| CHEN, LAI, GEE, ELAINE LIANG, NIEH | December 5, 2013 to December 6, 2013 | 18 USC 1956(a)(1) | Up to 20 years prison; 3 years supervised release; $500,000 fine; $100 assessment |
| KEITH JACKSON, BRANDON JACKSON, SULLIVAN | December 13, 2013 to March 3, 2014 | 18 USC 1958 | Up to 10 years prison; 3 years supervised release; $250,000 fine; $100 assessment |
| TINA LIANG, TILTON | February 20, 2014 | 21 USC 846 | From 5 to 40 years; 4 years supervised release; $5,000,000 fine; $100 assessment |
| ROUEN | February 26, 2014 | 18 USC 922(a)(1) | Up to 5 years prison; 3 years supervised release; $250,000 fine; $100 assessment |
| LELAND YEE, KEITH JACKSON, LIM | August 5, 2013 to March 26, 2014 | 18 USC 371, 922(a)(1), 922(l) | Up to 5 years prison; 3 years supervised release; $250,000 fine; $100 assessment |
| LELAND YEE, KEITH JACKSON | September 26, 2012 | 18 USC 1343, 1346, 2 | Up to 20 years in prison; 3 years supervised release; $250,000 fine; $100 special assessment |
| LELAND YEE, KEITH JACKSON | October 18, 2012 | 18 USC 1343, 1346, 2 | Up to 20 years imprisonment; 3 years supervised release; $250,000 fine; $100 special assessment |
| LELAND YEE, KEITH JACKSON | October 18, 2012 | 18 USC 1343, 1346, 2 | Up to 20 years imprisonment; 3 years supervised release; $250,000 fine; $100 special assessment |
| LELAND YEE, KEITH JACKSON | April 25, 2013 | 18 USC 1343, 1346, 2 | Up to 20 years imprisonment; 3 years supervised release; $250,000 fine; $100 special assessment |
| LELAND YEE, KEITH JACKSON | May 1, 2013 | 18 USC 1343, 1346, 2 | Up to 20 years imprisonment; 3 years supervised release; $250,000 fine; $100 special assessment |
| LELAND YEE, KEITH JACKSON | May 20, 2013 | 18 USC 1343, 1346, 2 | Up to 20 years imprisonment; 3 years supervised release; $250,000 fine; $100 special assessment |

1    Under penalty of perjury, I swear that the foregoing is true and correct to the best of my knowledge,

2    information, and belief.

3

4

5                                                   _____
                                                    Emmanuel V. Pascua
6                                                   Special Agent
                                                    Federal Bureau of Investigation
7

8    SWORN BEFORE ME
9    ON MARCH _23_, 2014.

10   _____
     HONORABLE NATHANAEL M. COUSINS
11   UNITED STATES MAGISTRATE JUDGE

12

13   Approved as to form:   _____
14                          William Frentzen
                            Susan Badger
15                          Assistant United States Attorneys

16

17

18

19

20

21

22

23

24

25

26

27

28