IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>KWOK CHEUNG CHOW, a/k/a "Raymond Chow," a/k/a "Hai Jai," a/k/a "Shrimpboy," et al.<br><br>   Defendants. | No. CR 14-00196 CRB<br><br>**ORDER GRANTING MOTION TO SEVER** |

Pursuant to Federal Rule of Criminal Procedure 14(a), the Court GRANTS Defendant Kwok Cheung Chow's oral motion[1] to sever all of the remaining defendants in the November trial, including Defendant Andy Li, from himself. All other severance motions are DENIED as moot.

**IT IS SO ORDERED.**

Dated: September 15, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] Defendant Kwok Cheung Chow did not file a separate motion to sever but instead filed a "Separate Reply" to Defendant Leslie Yun's Motion to Sever (dkt. 973), asking the Court "to sever RAYMOND CHOW from all remaining co-defendants for the purposes of trial." See Chow Reply (dkt. 1005) at 1.

G:\CRBALL\2014\196\order re severence.wpd