1  DARLENE BAGLEY COMSTEDT (CABN 284025)
   LAW OFFICE OF DARLENE BAGLEY COMSTEDT
2  P.O. Box 2943
   San Francisco, CA 94126
3  Telephone: (415) 840-7365
   Facsimile: (415) 840-7183
4  darlene@comstedtlaw.com

5  Associate Attorney for Defendant
   YAT WA PAU

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,              Case No. CR-14-196 CRB

13          Plaintiff,                     **NOTICE OF CHANGE IN CONTACT
                                           INFORMATION**
14      v.

15  YAT WA PAU,

16          Defendant.

17

18
        Pursuant to Civ. L.R. 3-11(a), undersigned counsel hereby gives notice to this Court that her
19
    contact information has changed.
20

21      Counsel's new contact information is:    Law Office of Darlene Bagley Comstedt
                                                 P.O. Box. 2943
22                                               San Francisco, CA  94126
                                                 darlene@comstedtlaw.com
23                                               Phone:  (415) 840- 7365
                                                 Fax:    (415) 840-7183.
24

25  Respectfully submitted this 16th day of September, 2015.

26
                                                 */s/ Darlene Bagley Comstedt*
27                                               Darlene Bagley Comstedt
                                        -1-
28  _____

                  **NOTICE OF CHANGE IN CONTACT INFORMATION**

1

2

CERTIFICATE OF SERVICE

3

    I hereby certify that on this 16th day of September, 2015, I served a true and correct copy of the

4

foregoing **Notice of Change in Contact Information** electronically via the CM/ECF system, which

5

will send notification of this filing to all counsel of record.

6

*/s/ Darlene Bagley Comstedt*
Darlene Bagley Comstedt

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

-2-

28

**NOTICE OF CHANGE IN CONTACT INFORMATION**