| Subject Matter | Nov. 2012 | Feb. 2013 | April 2013 | May 2013 | July 2013 |
|---|---|---|---|---|---|
| Use of informants | Refers to two informants, CHS 11 and CHS 12. Refers also to CHS 13, who is not useable in the investigation. | Refers to two informants, CHS 11 and CHS 12. | Refers to two informants, CHS 11 and CHS 12. | Refers to two informants, CHS 11 and CHS 12. | Refers to two informants, CHS 11 and CHS 12. |
| CHS 11 | Will be in a position to develop information on Target Subjects and interceptees, but only to the same extent as the undercover operation is able to develop that information. | Has had extensive communication with certain Target Subjects and Interceptees. However, does not have access or the ability to penetrate to conversations that Jackson and other intermediaries have with public officials on behalf of CHS 11. | Has had extensive communication with certain Target Subjects and Interceptees. However, does not have access or the ability to penetrate to conversations that Jackson and other intermediaries have with public officials on behalf of CHS 11. | Has had extensive communication with certain Target Subjects and Interceptees. However, does not have access or the ability to penetrate to conversations that Jackson and other intermediaries have with public officials on behalf of CHS 11. | Has had extensive communication with certain Target Subjects and Interceptees. However, does not have access or the ability to penetrate to conversations that Jackson and other intermediaries have with public officials on behalf of CHS 11. |
| CHS 12 | Has had no independent contact with any Target Subjects and Interceptees outside of interaction with UCE. | CHS 12 has not provided any substantial contact since the November 13, 2012 Quinn Affidavit. | CHS 12 has not provided any substantial contact since the November 13, 2012 Quinn Affidavit. | CHS 12 has not provided any substantial contact since the November 13, 2012 Quinn Affidavit. | CHS 12 has not provided any substantial contact since the November 13, 2012 Quinn Affidavit. |
| Use of undercover Agents | Statement that despite their success, UCEs cannot be used to fully achieve | Statement that despite their success, UCEs cannot be used to fully achieve | Statement that despite their success, UCEs cannot be used to fully achieve | Statement that despite their success, UCEs cannot be used to fully achieve all | Statement that despite their success, UCEs cannot be used to |

|  | | | | | |
|---|---|---|---|---|---|
|  | all of the goals of the investigation absent interception of wire and electronic communications over the Target Telephones. | all of the goals of the investigation absent interception of wire and electronic communications over the Target Telephones. | all of the goals of the investigation absent interception of wire and electronic communications over the Target Telephones. | of the goals of the investigation absent interception of wire and electronic communications over the Target Telephones. | fully achieve all of the goals of the investigation absent interception of wire and electronic communications over the Target Telephones. |
| Interviews of Witnesses | Statement that Chow and ▇▇▇ have been considered and rejected as a cooperating witnesses, and no others can provide information or evidence. | Statement that Chow and ▇▇▇ have been considered and rejected as cooperating witnesses, and no others can provide information or evidence. | Statement that Chow and ▇▇▇ have been considered and rejected as cooperating witnesses, and no others can provide information or evidence. | Statement that Chow and ▇▇▇ have been considered and rejected as cooperating witnesses and no others can provide information or evidence. | Statement that Chow and ▇▇▇ have been considered and rejected as cooperating witnesses and no others can provide information or evidence. |
| Physical Surveillance | Based on my training and experience, physically surveillance has significant limitations. Physical surveillance is a useful investigative tactic that has been employed with some limited success in this investigation and will continue to be so employed- primarily to corroborate the | Based on my training and experience, physically surveillance has significant limitations. Physical surveillance is a useful investigative tactic that has been employed with some limited success in this investigation and will continue to be so employed- primarily to corroborate the | Based on my training and experience, physically surveillance has significant limitations. Physical surveillance is a useful investigative tactic that has been employed with some limited success in this investigation and will continue to be so employed- primarily to corroborate the | Based on my training and experience, physically surveillance has significant limitations. Physical surveillance is a useful investigative tactic that has been employed with some limited success in this investigation and will continue to be so employed- primarily to corroborate the communications | Based on my training and experience, physically surveillance has significant limitations. Physical surveillance is a useful investigative tactic that has been employed with some limited success in this investigation and will continue to be so employed- primarily to |

| | | | | | |
|---|---|---|---|---|---|
| | communications being intercepted. However, absent interception of wire and electronic communications over the Target Telephones, physical surveillance on its own will not fully achieve the goals of the investigation. | communications being intercepted. However, absent interception of wire and electronic communications over the Target Telephones, physical surveillance on its own will not fully achieve the goals of the investigation. | communications being intercepted. However, absent interception of wire and electronic communications over the Target Telephones, physical surveillance on its own will not fully achieve the goals of the investigation. | being intercepted. However, absent interception of wire and electronic communications over the Target Telephones, physical surveillance on its own will not fully achieve the goals of the investigation. | corroborate the communications being intercepted. However, absent interception of wire and electronic communications over the Target Telephones, physical surveillance on its own will not fully achieve the goals of the investigation. |
| Pole Cameras | Absent interception of wire and electronic communications over the Target Telephones, I believe the use of Pole Cameras will not fully achieve the goals of the investigation. | Pole Cameras were addressed in the November 2012 Quinn Affidavit. I have reconsidered the use of pole cameras and remain convinced that they present the same limitations and challenges as they did on November 13, 2012. Absent interception of wire and electronic communications over the | Pole Cameras were addressed in the November 2012 and February 2013 Quinn Affidavits. I have reconsidered the use of pole cameras and remain convinced that they present the same limitations and challenges as they did in February 2013. Absent interception of wire and electronic communication | Pole Cameras were addressed in the November 2012, February 2013 and April 2013 Quinn Affidavits. I have reconsidered the use of pole cameras and remain convinced that they present the same limitations and challenges as they did in April 2013. Absent interception of wire and electronic communications over the Target Telephones, I | Pole Cameras were addressed in the November 2012, February 2013, April 2013 and May 2013 Quinn Affidavits. I have reconsidered the use of pole cameras and remain convinced that they present the same limitations and challenges as they did in May 2013. Absent |

-3-

| | | | | | |
|---|---|---|---|---|---|
| | | Target Telephones, I believe the use of Pole Cameras will not fully achieve the goals of the investigation. | s over the Target Telephones, I believe the use of Pole Cameras will not fully achieve the goals of the investigation. | believe the use of Pole Cameras will not fully achieve the goals of the investigation. | interception of wire and electronic communications over the Target Telephones, I believe the use of Pole Cameras will not fully achieve the goals of the investigation. |
| Telephone Records Analysis | Telephone records cannot alone establish proof of the criminal activities under investigation. For example, the pattern of calls between the Target Subjects and Interceptees shows, at best circumstantial evidence of their involvement in criminal activities. | Telephone records cannot alone establish proof of the criminal activities under investigation. For example, the pattern of calls between the Target Subjects and Interceptees shows, at best circumstantial evidence of their involvement in criminal activities. | Telephone records cannot alone establish proof of the criminal activities under investigation. For example, the pattern of calls between the Target Subjects and Interceptees shows, at best circumstantial evidence of their involvement in criminal activities. | Telephone records cannot alone establish proof of the criminal activities under investigation. For example, the pattern of calls between the Target Subjects and Interceptees shows, at best circumstantial evidence of their involvement in criminal activities. | Telephone records cannot alone establish proof of the criminal activities under investigation. For example, the pattern of calls between the Target Subjects and Interceptees shows, at best circumstantial evidence of their involvement in criminal activities. |
| Trash Searches | Trash searches are highly unlikely to fully achieve the goals of this investigation | Trash searches are highly unlikely to fully achieve the goals of this investigation | Trash searches are highly unlikely to fully achieve the goals of this investigation | Trash searches are highly unlikely to fully achieve the goals of this investigation | Trash searches are highly unlikely to fully achieve the goals of this investigation |
| Mail Covers | To date, while the | To date, while the | To date, while the | To date, while the investigation | To date, while the |

| | | | | | |
|---|---|---|---|---|---|
| | investigation has revealed the use of the mail to further the conspiracy, the investigation has not revealed the use of mailings between the co-conspirators as a manner of them communicating about the conspiracy and Target Offenses. Furthermore, demonstrating a connection between the co-conspirators and Target Subjects and Interceptees would not reveal the contents of those communications. | investigation has revealed the use of the mail to further the conspiracy, the investigation has not revealed the use of mailings between the co-conspirators as a manner of them communicating about the conspiracy and Target Offenses. Furthermore, demonstrating a connection between the co-conspirators and Target Subjects and Interceptees would not reveal the contents of those communications. | investigation has revealed the use of the mail to further the conspiracy, the investigation has not revealed the use of mailings between the co-conspirators as a manner of them communicating about the conspiracy and Target Offenses. Furthermore, demonstrating a connection between the co-conspirators and Target Subjects and Interceptees would not reveal the contents of those communications. | has revealed the use of the mail to further the conspiracy, the investigation has not revealed the use of mailings between the co-conspirators as a manner of them communicating about the conspiracy and Target Offenses. Furthermore, demonstrating a connection between the co-conspirators and Target Subjects and Interceptees would not reveal the contents of those communications. | investigation has revealed the use of the mail to further the conspiracy, the investigation has not revealed the use of mailings between the co-conspirators as a manner of them communicating about the conspiracy and Target Offenses. Furthermore, demonstrating a connection between the co-conspirators and Target Subjects and Interceptees would not reveal the contents of those communications. |
| Grand Jury Subpoenas | While Grand Jury subpoenas for financial records have been used with limted success, I do not believe that they can be used to fully | I have also considered using the grand jury to secure the testimony of certain of the Target Subjects and Interceptees… | I have also considered using the grand jury to secure the testimony of certain of the Target Subjects and Interceptees… | I have also considered using the grand jury to secure the testimony of certain of the Target Subjects and Interceptees… | I have also considered using the grand jury to secure the testimony of certain of the Target Subjects and |

-5-

| | | | | |
|---|---|---|---|---|
| achieve all of the goals of this investigation. I have also considered using the grand jury to secure the testimony of Jackson, ███ and ███, who at this time are the only individuals of whom I am aware who may have sufficient knowledge of Yee and ███ and their potential associated criminal activities. However I believe that it is reasonably likely that those individuals would invoke their Fifth Amendment testimonial privilege and refuse to testify. My experience, as well as that of other law enforcement officials, leads me to believe that an extensive overt investigation of any type would likely cause the subjects of this | however, I believe that it is reasonably likely that these individuals would invoke their Fifth Amendment testimonial privilege and refuse to testify. My experience, as well as that of other law enforcement officials, leads me to believe that an extensive overt investigation of any type would likely cause the subjects of this investigation to further conceal their illegal activities, making the ultimate detection and prosecution more difficult or impossible. | however, I believe that it is reasonably likely that these individuals would invoke their Fifth Amendment testimonial privilege and refuse to testify. My experience, as well as that of other law enforcement officials, leads me to believe that an extensive overt investigation of any type would likely cause the subjects of this investigation to further conceal their illegal activities, making the ultimate detection and prosecution more difficult or impossible. | however, I believe that it is reasonably likely that these individuals would invoke their Fifth Amendment testimonial privilege and refuse to testify. My experience, as well as that of other law enforcement officials, leads me to believe that an extensive overt investigation of any type would likely cause the subjects of this investigation to further conceal their illegal activities, making the ultimate detection and prosecution more difficult or impossible. | Interceptees… however, I believe that it is reasonably likely that these individuals would invoke their Fifth Amendment testimonial privilege and refuse to testify. My experience, as well as that of other law enforcement officials, leads me to believe that an extensive overt investigation of any type would likely cause the subjects of this investigation to further conceal their illegal activities, making the ultimate detection and prosecution more difficult or impossible. |

|  | | | | | |
|---|---|---|---|---|---|
|  | investigation to further conceal their illegal activities, making the ultimate detection and prosecution more difficult or impossible. | | | | |
| Search Warrants | It is unlikely that the use of search warrants, in and of themselves, would fully achieve the goals of this investigation. | It is unlikely that the use of search warrants, in and of themselves, would fully achieve the goals of this investigation. | It is unlikely that the use of search warrants, in and of themselves, would fully achieve the goals of this investigation. | It is unlikely that the use of search warrants, in and of themselves, would fully achieve the goals of this investigation. | It is unlikely that the use of search warrants, in and of themselves, would fully achieve the goals of this investigation. |