1 | JAMES A. LASSART (SBN 40913)
2 | NICHOLAS C. LARSON (SBN 275870)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
3 | San Francisco, CA  94108
Telephone:     (415) 788-1900
4 | Facsimile:      (415) 393-8087
Email:        JLassart@mpbf.com
5 |              NLarson@mpbf.com

6 | Attorneys for Defendant
LELAND YEE

7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11 |

12 | UNITED STATES OF AMERICA,

13 |        Plaintiff,

14 | v.

15 | LELAND YEE,

16 |        Defendant.

Case No.  CR 14-00196-CRB-2 (JCS)

**DECLARATION OF JAMES A. LASSART IN SUPPORT OF DEFENDANT LELAND YEE'S REPLY IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE DERIVED FROM WIRETAP INTERCEPTIONS, OR IN THE ALTERNATIVE FOR A *FRANKS* HEARING**

**HEARING DEMANDED**

Date:      July 7, 2015
Time:     9:30 a.m.
Court:    Hon. Charles R. Breyer
Location:   Courtroom 6, 17th Floor

- 1 -

LASSART DECL IN SUPPORT OF DEFENDANT YEE'S REPLY IN SUPPORT OF
MOTION TO SUPPRESS EVIDENCE DERIVED FROM WIRETAP INTERCEPTIONS

Case No.
CR 14-00196-CRB-2 (JCS)

## DECLARATION

I, James A. Lassart, declare that:

1.      I am an attorney duly licensed to practice in all courts of the State of California, and am a Partner of the law firm of Murphy, Pearson, Bradley & Feeney, attorneys of record for Defendant Leland Yee herein.  I make this Declaration in Support of Defendant Yee's Reply in Support of Motion to Suppress Evidence Derived from Wiretap Interceptions.  I have personal knowledge of the information set forth herein below, unless noted as based on information and belief, all of which is true and correct of my own personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of a transcript of the October 14, 2011 conversation between Defendant Yee and UCE 4773.

3.      Attached hereto as Exhibit B is a true and correct copy of an audio clip and the 302 of the September 4, 2012 conversation between Defendant Yee and UCE 4773.

4.      Attached hereto as Exhibit C is a true and correct copy of the linesheet and 302 of the September 19, 2012 conversation between Defendant Yee and UCE 4773.

5.      Attached hereto as Exhibit D is a true and correct copy of the linesheet of the September 24, 2012 conversation between Defendant Jackson and UCE 4773.

6.      The transcripts of the September 4, September 19, and September 24, 2012 conversations are being transcribed by a transcription service.  My office will provide the Court, the government and Defendants with copies of these transcriptions as soon as they are available, in advance of the hearing on Defendants' Motion to Suppress on July 7, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on this 28th day of April 2015, in San Francisco, California.

_____
James A. Lassart

LASSART DECL IN SUPPORT OF DEFENDANT YEE'S REPLY IN SUPPORT OF
MOTION TO SUPPRESS EVIDENCE DERIVED FROM WIRETAP INTERCEPTIONS

Case No.
CR 14-00196-CRB-2 (JCS)