JAMES A. LASSART (SBN 40913)
NICHOLAS C. LARSON (SBN 275870)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108
Telephone: (415) 788-1900
Facsimile: (415) 393-8087
Email: JLassart@mpbf.com
NLarson@mpbf.com

Attorneys for Defendant
LELAND YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LELAND YEE,<br><br>Defendant. | Case No. CR 14-00196-CRB-2 (JCS)<br><br>**SUPPLEMENTAL DECLARATION OF JAMES A. LASSART IN SUPPORT OF DEFENDANT LELAND YEE'S REPLY IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE DERIVED FROM WIRETAP INTERCEPTIONS, OR IN THE ALTERNATIVE FOR A *FRANKS* HEARING**<br><br>**HEARING DEMANDED**<br><br>Date: July 7, 2015<br>Time: 9:30 a.m.<br>Court: Hon. Charles R. Breyer<br>Location: Courtroom 6, 17th Floor |

- 1 -

SUPP LASSART DECL IN SUPPORT OF DEFENDANT YEE'S REPLY IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE DERIVED FROM WIRETAP INTERCEPTIONS

Case No. CR 14-00196-CRB-2 (JCS)

# DECLARATION

I, James A. Lassart, declare that:

1. I am an attorney duly licensed to practice in all courts of the State of California, and am a Partner of the law firm of Murphy, Pearson, Bradley & Feeney, attorneys of record for Defendant Leland Yee herein. I make this Supplemental Declaration in Support of Defendant Yee's Reply in Support of Motion to Suppress Evidence Derived from Wiretap Interceptions. I have personal knowledge of the information set forth herein below, unless noted as based on information and belief, all of which is true and correct of my own personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2. On April 28, 2015, Defendant Yee filed under seal his Reply in Support of Motion to Suppress Evidence Derived from Wiretap Interceptions, or in the Alternative for a *Franks* Hearing. My declaration in support of that reply informed the Court that Yee would provide transcripts of the conversations referenced as Exhibits B through D, inclusive, as soon as they were available from the transcription service. Accordingly, Yee hereby attaches the transcriptions of the referenced conversations.

3. Attached hereto as Exhibit B is a true and correct copy of the transcript of the September 4, 2012 conversation between Defendant Yee and UCE 4773.

4. Attached hereto as Exhibit C is a true and correct copy of the transcript of the September 19, 2012 conversation between Defendant Yee and UCE 4773.

5. Attached hereto as Exhibit D is a true and correct copy of the transcript of the September 24, 2012 conversation between Defendant Jackson and UCE 4773.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on this 27th day of May 2015, in San Francisco, California.

_____
James A. Lassart

- 2 -

SUPP LASSART DECL IN SUPPORT OF DEFENDANT YEE'S REPLY IN SUPPORT OF
MOTION TO SUPPRESS EVIDENCE DERIVED FROM WIRETAP INTERCEPTIONS

Case No.
CR 14-00196-CRB-2 (JCS)