IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>KWOK CHEUNG CHOW, a/k/a "Raymond Chow," a/k/a "Hai Jai," a/k/a "Shrimpboy," et al.<br>　　　　Defendants. | No. CR 14-00196 CRB<br><br>**ORDER RE STIPULATIONS** |

The parties are hereby DIRECTED to be prepared to discuss the status of the proposed stipulations at the upcoming pretrial conference.

**IT IS SO ORDERED.**

Dated: September 18, 2015

　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2014\196\order re stipulations.wpd