1  JAMES J. BROSNAHAN (CA SBN 34555)
   JBrosnahan@mofo.com
2  SOMNATH RAJ CHATTERJEE (CA SBN 177019)
   SChatterjee@mofo.com
3  CHRIS W. MAGAÑA (CA SBN 287256)
   CMagana@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   KEITH JACKSON

8

9

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,          Case No.    3:14-CR-00196 (CRB)

14                    Plaintiff,       **DECLARATION OF SOMNATH RAJ
                                       CHATTERJEE IN SUPPORT OF KEITH
15         v.                          JACKSON'S MOTION TO SUPPRESS
                                       FRUITS OF ILLEGAL WIRETAPS, OR
16  KEITH JACKSON,                     IN THE ALTERNATIVE, FOR A
                                       *FRANKS* HEARING**
17                    Defendant.

18

19

20

21            **<u>PREVIOUSLY FILED UNDER SEAL</u>**

22

23

24

25

26

27

28

1      I, SOMNATH RAJ CHATTERJEE, declare as follows:

2          1.     My name is Somnath Raj Chatterjee.  I am a partner with the law firm of Morrison

3   & Foerster LLP, counsel of record for Keith Jackson in this matter and am licensed to practice

4   before this Court and the courts of the State of California.  I make this Declaration in Support of

5   Defendant's Administrative Motion to File Keith Jackson's Motion to Suppress Fruits of Illegal

6   Wiretaps, or in the Alternative, for a Franks Hearing.  I have personal knowledge of the facts set

7   forth in this declaration, unless otherwise stated, and if called to testify, I could testify

8   competently thereto.

9          2.     Various staff from my office reviewed and transcribed excerpts of audio

10  recordings produced by the government during discovery in this matter.  Attached hereto as

11  **Exhibits  1** through **17** are uncertified transcriptions of the audio files excerpts.

12         3.     Attached hereto as **Exhibit 18** is a true and correct copy of the document produced

13  by the government in this matter, Bates labeled US400268-359, that purports to be the Affidavit

14  of FBI Special Agent Ethan A. Quinn, filed by the government on November 13, 2012.

15         4.     Attached hereto as **Exhibit 19** is a true and correct copy of the document produced

16  by the government in this matter, Bates labeled US400420-543, that purports to be the Affidavit

17  of FBI Special Agent Ethan A. Quinn, filed by the government on February 8, 2013.

18         5.     Attached hereto as **Exhibit 20** is a true and correct copy of the document produced

19  by the government in this matter, Bates labeled US400587-691, that purports to be the Affidavit

20  of FBI Special Agent Maya N. Clark, filed by the government on April 3, 2013.

21         6.     Attached hereto as **Exhibit 21** is a true and correct copy of the document produced

22  by the government in this matter, Bates labeled US401072-206, that purports to be the Affidavit

23  of FBI Special Agent Jennifer A. Garlie, filed by the government on May 9, 2013.

24         7.     Attached hereto as **Exhibit 22** is a true and correct copy of the document produced

25  by the government in this matter, Bates labeled US401279-405, that purports to be the Affidavit

26  of FBI Special Agent Jason Jones filed by the government on July 1, 2013.

27

28

8.      Attached hereto as **Exhibit 23** is a true and correct copy of the document produced by the government in this matter, Bates labeled US400387-419, that purports to be the Fifteen Day Report, filed by the government on December 3, 2012.

9.      Attached hereto as **Exhibit 24** is a true and correct copy of the document produced by the government in this matter, Bates labeled US400561-586 that purports to be the Fifteen Day Report, filed by the government on February 28, 2013.

10.      Attached hereto as **Exhibit 25** is a true and correct copy of the document produced by the government in this matter, Bates labeled US400732-829, that purports to be the Fifteen Day Report, filed by the government on April 25, 2013.

11.      Attached hereto as **Exhibit 26** is a true and correct copy of the document produced by the government in this matter, Bates labeled US401220-401261, that purports to be the Fifteen Day Report, filed by the government on May 24, 2013.

12.      Attached hereto as **Exhibit 27** is a true and correct copy of the document produced by the government in this matter, Bates labeled US401417-29 that purports to be the Fifteen Day Report, filed by the government on July18, 2013.

13.      Attached hereto as **Exhibit 28** is a true and correct copy of the document produced by the government in this matter, Bates labeled US-611597, that purports to be an FBI interview memorandum (302) dated December 12, 2014, describing FBI Special Agent Clark's submission of a search warrant on Mr. Jackson's email provider on April 24, 2014.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of March, 2015 at San Francisco, California.

SOMNATH RAJ CHATTERJEE