| | |
|---|---|
| 1 | JAMES J. BROSNAHAN (CA SBN 34555) |
| | JBrosnahan@mofo.com |
| 2 | SOMNATH RAJ CHATTERJEE (CA SBN 177019) |
| | SChatterjee@mofo.com |
| 3 | CHRIS W. MAGAÑA (CA SBN 287256) |
| | CMagana@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Defendant |
| | KEITH JACKSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:14-CR-00196 (CRB) |
| Plaintiff, | **DECLARATION OF SOMNATH RAJ CHATTERJEE IN SUPPORT OF KEITH JACKSON'S REPLY IN SUPPORT OF MOTION TO SUPPRESS FRUITS OF ILLEGAL WIRETAPS, OR IN THE ALTERNATIVE, FOR A *FRANKS* HEARING** |
| v. | |
| KEITH JACKSON, | |
| Defendant. | |

**PREVIOUSLY FILED UNDER SEAL**

1  I, SOMNATH RAJ CHATTERJEE, declare as follows:

2  1.  My name is Somnath Raj Chatterjee. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Keith Jackson in this matter and am licensed to practice before this Court and the courts of the State of California. I make this Declaration in Support of Defendant's Reply In Support Of Motion To Suppress Fruits Of Illegal Wiretaps, Or In The Alternative, For A Franks Hearing. I have personal knowledge of the facts set forth in this declaration, unless otherwise stated, and if called to testify, I could testify competently thereto.

2.  Attached hereto as **Exhibit 29**[1] is a true and correct copy of the audio recording produced by the government in this matter, file name 1D066.20110525.222109.wav, that purports to be the May 25, 2011 body recording of a conversation between UCE-4599 and defendant Keith Jackson.

3.  Various staff from my office reviewed and transcribed excerpts of audio recordings produced by the government during discovery in this matter. Attached hereto as **Exhibits 30** through **33** are uncertified transcriptions of the audio files excerpts.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of April, 2015 at San Francisco, California.

/s/ Somnath Raj Chatterjee
SOMNATH RAJ CHATTERJEE

---

[1] The numbering sequence of exhibits continues from the Declaration of S. Raj Chatterjee In Support Of Keith Jackson's Motion To Suppress Fruits Of Illegal Wiretaps, Or In The Alternative For A *Franks* Hearing filed under seal on March 26, 2015.