BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
SUSAN BADGER (CABN 124365)
S. WAQAR HASIB (CABN 234818)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    FAX: (415) 436-6753
    william.frentzen@usdoj.gov
    susan.badger@usdoj.gov
    waqar.hasib@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-0196 CRB |
|     Plaintiff, | UNITED STATES' RESPONSE TO COURT ORDER |
| v. | |
| KWOK CHEUNG CHOW, a/k/a "Raymond Chow", a/k/a "Hai Jai", a/k/a "Shrimpboy", et. al. | SAN FRANCISCO VENUE |
|     Defendants. | |

The Court issued an order directing the parties to file redacted public versions of their wiretap suppression pleadings that were filed in this case.[1] (Docket No. 941). The United States hereby publicly files its pleadings and exhibits with the redactions that were specifically ordered by this Court,

---

[1] The United States regrettably files this response after the Court's September 18 deadline, as undersigned counsel, who has exclusively been handling this particular issue for the United States, was unexpectedly on sick leave on September 17 and September 18. Counsel begs the Court's forgiveness for the delay.

UNITED STATES' RESPONSE TO COURT ORDER
CR 14-0196 CRB                              1

1  with one exception.  Specifically, in its order, the Court instructed the United States to redact line 16 at

2  page 6 of its opposition motion, because that line "includes the name of an unindicted party."  However,

3  line 16 at page 6 of the United States' opposition appears to contain no names of any unindicted parties.

4  Accordingly, the United States has left line 16 at page 6 unredacted.

6  DATED: September 21, 2015                     Respectfully submitted,

7                                                BRIAN J. STRETCH
                                                  Acting United States Attorney

9                                                /s/ S. Waqar Hasib
                                                  WILLIAM FRENTZEN
                                                  SUSAN BADGER
10                                               S. WAQAR HASIB
                                                  Assistant United States Attorneys