# EXHIBIT 27

(To be filed under seal)

Government's Exhibit

| Keith Jackson Wiretaps | | | | |
|---|---|---|---|---|
| Status Report Date: | November, 2012 | February, 2013 | April, 2013 | May, 2013 |
| Date Range of 15-Day Status Report: | 11/14/2012-11/28/2012 | 02/11/2013-02/26/2013 | 04/04/2013-04/21/2013 | 05/10/2013-05/22/2013 |
| Telephone Line: | | | | |
| Intercepted Calls: | 1897 | 1754 | 3074 | 2054 |
| Pertinent Calls: | 323 | 303 | 425 | 369 |
| Minimized Calls: | 139 | 136 | 147 | 115 |
| SMS Messages: | 516 | 441 | 1305 | 762 |
| Privileged Calls: | 87 | 84 | 220 | 75 |
| Intercepted Calls with No Audio/Content: | 220 | 67 | 65 | 27 |
| Calls Longer Than 2 Minutes: | 211 | 256 | 352 | 259 |
| Calls Longer Than 2 Minutes and Non-Pertinent: | 81 | 121 | 179 | 66 |
| Calls Longer Than 2 Minutes and Pertinent: | 124 | 127 | 140 | 124 |
| Calls Longer Than 2 Minutes and Minimized: | 82 | 92 | 101 | 86 |
| Calls Longer than 2 Minutes, Minimized, and Non-Pertinent: | 56 | 65 | 74 | 5 |
| Percentage of Calls Longer Than 2 Minutes and Minimized: | 38.86% | 35.94% | 28.69% | 33.20% |
| Percentage of Calls Longer Than 2 Minutes, Non-Pertinent, and Minimized: | 69.14% | 53.72% | 41.34% | 7.58% |
| Average Percentage of Calls Longer Than 2 Minutes and Minimized: | 34.17% | | | |
| Average Percentage of Calls Longer Than 2 Minutes, Non-Pertinent, and Minimized: | 42.94% | | | |

# EXHIBIT 28

(To be filed under seal)

Government's Exhibit

| Leland Yee Wiretaps | | | | | | | |
|---|---|---|---|---|---|---|---|
| Status Report Date: | November 2012 | April 2013 | | | May 2013 | July 2013 | |
| Date Range of 15-Day Status Report: | 11/14/2012-11/28/2012 | 04/04/2013-04/21/2013 | | | 05/10/2013-05/22/2013 | 07/02/2013-07/16/2013 | |
| Telephone Line: | | | | | | | |
| Total Number of Intercepted Calls: | 1546 | 1852 | 71 | 185 | 1419 | 1594 | 385 |
| Pertinent Calls: | 194 | 128 | 1 | 15 | 108 | 107 | 23 |
| Minimized Calls: | 124 | 148 | 18 | 47 | 103 | 160 | 97 |
| SMS Messages: | 274 | 232 | 0 | 0 | 2 | 0 | 0 |
| Privileged Calls: | 5 | 23 | 5 | 10 | 19 | 8 | 7 |
| Intercepted Calls with No Audio/Content: | 329 | 257 | 15 | 24 | 399 | 390 | 48 |
| Calls Longer Than 2 Minutes: | 312 | 325 | 7 | 48 | 253 | 318 | 89 |
| Calls Longer Than 2 Minutes and Non-Pertinent: | 164 | 243 | 5 | 35 | 135 | 158 | 28 |
| Calls Longer Than 2 Minutes and Pertinent: | 97 | 48 | 1 | 8 | 40 | 46 | 9 |
| Calls Longer Than 2 Minutes and Minimized: | 85 | 99 | 6 | 27 | 71 | 99 | 64 |
| Calls Longer Than 2 Minutes, Minimized, and Non-Pertinent: | 60 | 81 | 5 | 22 | 16 | 15 | 11 |
| Percentage of Calls Longer Than 2 Minutes and Minimized: | 27.24% | 30.46% | 85.71% | 56.25% | 28.06% | 31.13% | 71.91% |
| Percentage of Calls Longer Than 2 Minutes, Non-Pertinent, and Minimized: | 36.59% | 33.33% | 100.00% | 62.86% | 11.85% | 9.49% | 39.29% |
| Average Percentage of Calls Longer Than 2 Minutes and Minimized: | 47.25% | | | | | | |
| Average Percentage of Calls Longer Than 2 Minutes, Non-Pertinent, and Minimized: | 41.92% | | | | | | |

