BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
SUSAN BADGER (CABN 124365)
S. WAQAR HASIB (CABN 234818)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    FAX: (415) 436-6753
    william.frentzen@usdoj.gov
    susan.badger@usdoj.gov
    waqar.hasib@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KWOK CHEUNG CHOW, et. al. <br><br> Defendants. | No. CR 14-0196 CRB <br><br> UNITED STATES' NOTICE OF FILING <br><br> Trial date: November 2, 2015 |

    The United States hereby gives notice that it has filed Ex Parte, In Camera, and Under Seal a submission pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C.

///

///

UNITED STATES' NOTICE OF FILING    1

1  App. III, § 4.  Attached to this notice as Exhibit A is a proposed order relating to the United States'
2  sealed submission.

3  DATED: September 25, 2015                    Respectfully submitted,
4                                                BRIAN J. STRETCH
                                                  Acting United States Attorney
5

6                                                */s/ S. Waqar Hasib*
                                                  WILLIAM FRENTZEN
7                                                 SUSAN BADGER
                                                  S. WAQAR HASIB
8                                                 Assistant United States Attorneys