IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KWOK CHEUNG CHOW, a/k/a "Raymond Chow," a/k/a "Hai Jai," a/k/a "Shrimpboy," et al.<br><br>    Defendants.<br>_____/ | No. CR 14-00196 CRB<br><br>**ORDER RE PRESS INTERVIEW** |

Defendant Kwok Cheung Chow has filed an Ex Parte Request for Order Allowing Press Interview, which seeks the Court's permission to engage in an interview with Angelina Wong of KTSF Channel 26. Request (dkt. 1301). The Request states that "[b]oth defendant and counsel have given permission for said interview" but that the "Marshal's Service requires written permission from the Court and from the United States Attorney as well." Id. The Request does not state whether the United States Attorney is amenable to the interview, but the Court has no objection to it.

**IT IS SO ORDERED.**

Dated: January 29, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE